**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: PIELET, JAMES § Case No. 06-01026
§
§
Debtor(s) §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on February 07, 2006. The undersigned trustee was appointed on February 07, 2006.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $    2,411,719.98

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 262,537.82 |
   | Payments to creditors | 1,460,226.67 |
   | Non-estate funds paid to 3rd Parties | 21,602.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $    667,353.49 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 01/06/2005. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $94,952.77. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $50,000.00 as interim compensation and now requests the sum of $44,952.77, for a total compensation of $94,952.77. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/05/2010    By: /s/ILENE F. GOLDSTEIN
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-01026  **Trustee:** (330290) ILENE F. GOLDSTEIN
**Case Name:** PIELET, JAMES  **Filed (f) or Converted (c):** 02/07/06 (f)
 **§341(a) Meeting Date:** 04/06/06
**Period Ending:** 02/05/10  **Claims Bar Date:** 01/06/05

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 2 | Real Estate DelRay Beach | 770,000.00 | 0.00 | | 748,196.50 | FA |
| 3 | CASH ON HAND | 25.00 | 0.00 | | 0.00 | FA |
| 4 | BANK ACCOUNTS | 5,194.72 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 1,100.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 7 | FIREARMS AND HOBBY EQUIPMENT | 250.00 | 0.00 | | 0.00 | FA |
| 8 | INTERESTS IN INSURANCE POLICIES | 9,000.00 | 0.00 | | 0.00 | FA |
| 9 | PENSION PLANS AND PROFIT SHARING | 45,000.00 | 0.00 | | 0.00 | FA |
| 10 | STOCK AND BUSINESS INTERESTS | 0.00 | Unknown | | 0.00 | FA |
| 12 | Four Law Suits Pielet Defendent | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Licenses and Franchises DK Donuts  (See Footnote) | 0.00 | Unknown | | 0.00 | FA |
| 14 | AUTOMOBILES AND OTHER VEHICLES | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 15 | Trustee avoiding powers:BP Properties  (u) | 1,500,000.00 | 700,000.00 | | 1,522,000.00 | FA |
| 16 | Laurel Ridge Residence | 922,315.00 | 30,000.00 | | 100,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 32,800.58 | Unknown |
| 15 | Assets    Totals (Excluding unknown values) | $3,257,984.72 | $735,000.00 | | $2,402,997.08 | $0.00 |

 RE PROP# 13    STATUS: The Trustee negotiated a settlement which was approved by the Court on December 20, 2006
 which resolves all of the assets and claims in the Estate.  The Trustee is currently collecting on
 the Settlement and participating as required under the settlement.  The Settlement may take 12 to 24
 months to consumate in its entirety.

**Major Activities Affecting Case Closing:**

 STATUS: The Trustee negotiated a settlement which was approved by the Court on December 20, 2006 which resolves all of the assets and claims in the Estate.  The Trustee is currently collecting on the Settlement and participating as required under the settlement.  The Settlement may take 12 to 24 months to consumate in its entirety.

 STATUS: THE TRUSTEE HAS SUBMITTED HER FINAL REPORT TO THE UST FOR REVIEW ON JANUARY 21, 2010.

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-01026  
**Case Name:** PIELET, JAMES  

**Period Ending:** 02/05/10

**Trustee:** (330290)  ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 02/07/06 (f)  
**§341(a) Meeting Date:** 04/06/06  
**Claims Bar Date:** 01/06/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)  Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   December 31, 2008       **Current Projected Date Of Final Report (TFR):**   March 31, 2010  (Actual)

Exhibit B

# FORM 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 06-01026  
**Case Name:** PIELET, JAMES  
**Taxpayer ID #:** 13-7513792  
**Period Ending:** 02/05/10  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****59-19 - Time Deposit Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/06 | | FUNDING ACCOUNT: ********5965 | | 9999-000 | 697,335.38 | | 697,335.38 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3500% | 1270-000 | 335.37 | | 697,670.75 |
| 05/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 438.79 | | 698,109.54 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 336.71 | | 698,446.25 |
| 06/19/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 430.68 | | 698,876.93 |
| 07/19/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 820.07 | | 699,697.00 |
| 07/20/06 | | transfer | | 9999-000 | | 45,216.22 | 654,480.78 |
| 08/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 769.21 | | 655,249.99 |
| 09/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 779.12 | | 656,029.11 |
| 10/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 755.30 | | 656,784.41 |
| 11/17/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 756.17 | | 657,540.58 |
| 12/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 757.05 | | 658,297.63 |
| 01/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 768.38 | | 659,066.01 |
| 02/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 716.87 | | 659,782.88 |
| 03/19/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 717.64 | | 660,500.52 |
| 04/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 730.74 | | 661,231.26 |
| 05/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 731.55 | | 661,962.81 |
| 06/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 732.36 | | 662,695.17 |
| 06/22/07 | | Chase | Transfer to TDA | 9999-000 | 686,000.00 | | 1,348,695.17 |
| 07/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 1,307.70 | | 1,350,002.87 |
| 08/14/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 1,518.75 | | 1,351,521.62 |
| 08/17/07 | | JPMORGAN | TRANSFER | 9999-000 | 50,000.00 | | 1,401,521.62 |
| 08/24/07 | | JPMORGAN | TRANSFER | 9999-000 | | -50,000.00 | 1,451,521.62 |
| 08/24/07 | | JPMORGAN CHASE BANK | reversing out Deposit Adjustment and Disbursment Reversal done in error | 9999-000 | -100,000.00 | | 1,351,521.62 |
| 08/24/07 | | JPMORGAN CHASE BANK, N.A. | TRANSFER TO MMA | 9999-000 | | 50,000.00 | 1,301,521.62 |
| 09/13/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 1,472.35 | | 1,302,993.97 |
| 10/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 1,490.16 | | 1,304,484.13 |
| 11/13/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 1,456.09 | | 1,305,940.22 |
| 12/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 1,457.71 | | 1,307,397.93 |
| 01/11/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1800% | 1270-000 | 1,288.31 | | 1,308,686.24 |
| 02/11/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1800% | 1270-000 | 1,329.06 | | 1,310,015.30 |
| 03/11/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1800% | 1270-000 | 1,224.79 | | 1,311,240.09 |
| 04/10/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0000% | 1270-000 | 1,051.19 | | 1,312,291.28 |
| 05/12/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 809.19 | | 1,313,100.47 |
| 06/09/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 650.59 | | 1,313,751.06 |
| 07/09/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 650.91 | | 1,314,401.97 |

Subtotals : $1,359,618.19   $45,216.22

{} Asset reference(s)

Printed: 02/05/2010 02:10 PM   V.11.53

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 06-01026  
**Case Name:** PIELET, JAMES  

**Taxpayer ID #:** 13-7513792  
**Period Ending:** 02/05/10  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****59-19 - Time Deposit Account  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 08/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 626.74 | | 1,315,028.71 |
| 09/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 647.94 | | 1,315,676.65 |
| 10/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 627.35 | | 1,316,304.00 |
| 11/07/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 627.64 | | 1,316,931.64 |
| 12/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3800% | 1270-000 | 425.09 | | 1,317,356.73 |
| 01/07/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3800% | 1270-000 | 411.51 | | 1,317,768.24 |
| 02/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 216.64 | | 1,317,984.88 |
| 03/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 223.89 | | 1,318,208.77 |
| 04/08/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 216.71 | | 1,318,425.48 |
| 05/08/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 216.75 | | 1,318,642.23 |
| 06/08/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 224.00 | | 1,318,866.23 |
| 06/09/09 | | To Account #********5965 | Close CD via CD Rollover | 9999-000 | | 1,318,866.23 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,364,082.45 | 1,364,082.45 | $0.00 |
| | | | Less: Bank Transfers | | 1,333,335.38 | 1,364,082.45 | |
| | | | **Subtotal** | | 30,747.07 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,747.07** | **$0.00** | |

{} Asset reference(s)

Printed: 02/05/2010 02:10 PM   V.11.53

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 06-01026 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | PIELET, JAMES | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****59-65 - Money Market Account |
| Taxpayer ID #: | 13-7513792 | | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 02/05/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/07/06 | {2} | Harry Ross | Sale of Real Estate | 1110-000 | 697,335.38 | | 697,335.38 |
| 04/18/06 | | ACCOUNT FUNDED: ********5919 | | 9999-000 | | 697,335.38 | 0.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 91.71 | | 91.71 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.06 | | 91.77 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.06 | | 91.83 |
| 07/20/06 | | transfer | | 9999-000 | 45,216.22 | | 45,308.05 |
| 07/25/06 | 1001 | Melissa Pielet | Funds paid to third parties | 8500-002 | | 21,602.00 | 23,706.05 |
| 07/25/06 | 1002 | Shaw Gussis | Partial Retainer peviously approved by the Court | 3210-000 | | 23,614.22 | 91.83 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 11.96 | | 103.79 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.07 | | 103.86 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.06 | | 103.92 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.07 | | 103.99 |
| 11/29/06 | {15} | Melissa Pielet | Good Faith Deposit on Settlement | 1210-000 | 22,000.00 | | 22,103.99 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.06 | | 22,104.05 |
| 12/15/06 | 1003 | Shaw Gussis et al | Retainer Court Approved | 3210-000 | | 6,385.78 | 15,718.27 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.92 | | 15,731.19 |
| 01/23/07 | | Chicago Title and Trust Co. | Sale of asset | | 708,399.08 | | 724,130.27 |
| | {15} | | Gross sale                1,500,000.00 | 1241-000 | | | 724,130.27 |
| | | | Prorations and Security    -13,987.10 Deposit | 1210-000 | | | 724,130.27 |
| | | | Title charges               -4,290.00 | 1210-000 | | | 724,130.27 |
| | | | Mortgage to LaSalle       -743,711.67 Bank | 4110-000 | | | 724,130.27 |
| | | | escrow fees                  -666.00 | 1210-000 | | | 724,130.27 |
| | | | Transfer Stamps            -4,500.00 | 1210-000 | | | 724,130.27 |
| | | | water bill City of Joliet      -15.89 | 1210-000 | | | 724,130.27 |
| | | | Survey fees                -3,000.00 | 1210-000 | | | 724,130.27 |
| | | | Real estate closing legal -10,097.15 fees | 3991-000 | | | 724,130.27 |
| | | | Agreed accountant fees   -16,515.00 of Debtor | 6710-000 | | | 724,130.27 |
| | | | Buyers charges             5,181.89 | 1210-000 | | | 724,130.27 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 104.58 | | 724,234.85 |
| 02/14/07 | | To Account #********5966 | TRANSFER TDA TO CHECKING | 9999-000 | | 140,000.00 | 584,234.85 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 323.57 | | 584,558.42 |
| 03/05/07 | 1004 | ILENE F. GOLDSTEIN | Interim Trustee Compensation | 2100-000 | | 50,000.00 | 534,558.42 |

Subtotals :     $1,473,495.80     $938,937.38

{} Asset reference(s)

Printed: 02/05/2010 02:10 PM    V.11.53

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 06-01026 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | PIELET, JAMES | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****59-65 - Money Market Account |
| Taxpayer ID #: | 13-7513792 | | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 02/05/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 290.79 | | 534,849.21 |
| 04/12/07 | {2} | Atlantic Bank Harry Ross | FUNDS RECEIVED FROM SALE OF ASSETS | 1110-000 | 50,763.83 | | 585,613.04 |
| 04/12/07 | {2} | Bank Atlantic/Harry Ross | FUNDS RECEIVED FROM SALE OF ASSETS | 1110-000 | 97.29 | | 585,710.33 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 308.70 | | 586,019.03 |
| 05/29/07 | {16} | Princetown Title and Escrow | Sale by wife of Laurel Ridge | 1141-000 | 100,000.00 | | 686,019.03 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 326.92 | | 686,345.95 |
| 06/22/07 | | Chase | TRANSFER TO INVESTMENT | 9999-000 | | 686,000.00 | 345.95 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 256.60 | | 602.55 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.34 | | 602.89 |
| 08/17/07 | | JPMORGAN | TRANSFER | 9999-000 | 50,000.00 | | 50,602.89 |
| 08/17/07 | | To Account #********5966 | Transfer non DKD money out of account | 9999-000 | | 602.89 | 50,000.00 |
| 08/17/07 | 1005 | Shaw Gussis Fishman Glantz Wolfson & Towbin, L.L.C. | Fees | 3210-000 | | 34,248.00 | 15,752.00 |
| 08/17/07 | 1006 | Shaw Gussis Fishman Glantz Wolfson & Towbin, L.L.C. | Expenses | 3220-000 | | 229.69 | 15,522.31 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.45 | | 15,532.76 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.74 | | 15,540.50 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.12 | | 15,549.62 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 8.09 | | 15,557.71 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 7.92 | | 15,565.63 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 7.11 | | 15,572.74 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 3.19 | | 15,575.93 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.89 | | 15,578.82 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.17 | | 15,580.99 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.95 | | 15,582.94 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.98 | | 15,584.92 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.98 | | 15,586.90 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.85 | | 15,588.75 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.04 | | 15,590.79 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.70 | | 15,592.49 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.22 | | 15,593.71 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.10 | | 15,594.81 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 15,595.44 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 15,596.03 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 15,596.70 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 15,597.33 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 15,597.94 |

Subtotals :           $202,120.10           $721,080.58

{} Asset reference(s)                                                                                                        Printed: 02/05/2010 02:10 PM     V.11.53

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 06-01026 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | PIELET, JAMES | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****59-65 - Money Market Account |
| Taxpayer ID #: | 13-7513792 | | Blanket Bond: | $3,000,000.00   (per case limit) |
| Period Ending: | 02/05/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/09/09 | | From Account #********5919 | Close CD via CD Rollover | 9999-000 | 1,318,866.23 | | 1,334,464.17 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 38.34 | | 1,334,502.51 |
| 07/29/09 | | U.S. Attorney/Department of Justice | wire transfer | 4110-000 | | 700,000.00 | 634,502.51 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 53.40 | | 634,555.91 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 26.75 | | 634,582.66 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 25.89 | | 634,608.55 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 25.89 | | 634,634.44 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 26.75 | | 634,661.19 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 26.75 | | 634,687.94 |
| 01/14/10 | | Shaw Gussis et al | Return of retainer | 1290-000 | 30,000.00 | | 664,687.94 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 25.64 | | 664,713.58 |

|  |  | ACCOUNT TOTALS | 3,024,731.54 | 2,360,017.96 | $664,713.58 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 1,414,082.45 | 1,523,938.27 | |
|  | **Subtotal** | | 1,610,649.09 | 836,079.69 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$1,610,649.09** | **$836,079.69** | |

{} Asset reference(s)                                                                                                                                                        Printed: 02/05/2010 02:10 PM    V.11.53

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 06-01026 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
| Case Name: | PIELET, JAMES | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****59-66 - Checking Account |
| Taxpayer ID #: | 13-7513792 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 02/05/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/14/07 | | From Account #********5965 | TRANSFER TDA TO CHECKING | 9999-000 | 140,000.00 | | 140,000.00 |
| 02/15/07 | 101 | Shaw Gussis Fishman et al | FEES | 3210-000 | | 122,032.00 | 17,968.00 |
| 02/15/07 | 102 | Shaw Gussis Fishman et al | Expenses | 3220-000 | | 2,251.41 | 15,716.59 |
| 02/15/07 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 10,428.00 | 5,288.59 |
| 02/15/07 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES | 3220-000 | | 370.00 | 4,918.59 |
| 03/20/07 | 105 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #06-01026 | 2300-000 | | 579.10 | 4,339.49 |
| 08/17/07 | | From Account #********5965 | Transfer non DKD money out of account | 9999-000 | 602.89 | | 4,942.38 |
| 02/12/08 | 106 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #06-01026, Bond payment | 2300-000 | | 1,134.03 | 3,808.35 |
| 03/04/09 | 107 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #06-01026 | 2300-000 | | 1,168.44 | 2,639.91 |
| | | | ACCOUNT TOTALS | | 140,602.89 | 137,962.98 | $2,639.91 |
| | | | Less: Bank Transfers | | 140,602.89 | 0.00 | |
| | | | Subtotal | | 0.00 | 137,962.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $137,962.98 | |

{} Asset reference(s)   Printed: 02/05/2010 02:10 PM   V.11.53

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 06-01026  
**Case Name:** PIELET, JAMES  

**Taxpayer ID #:** 13-7513792  
**Period Ending:** 02/05/10  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****59-67 - Money Market Account  DKD  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

```
          Net Receipts :      1,641,396.16
  Plus Gross Adjustments :      770,323.82
Less Other Noncompensable Items :  21,602.00

           Net Estate :     $2,390,117.98
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **CD # ***-*****59-19** | 30,747.07 | 0.00 | 0.00 |
| **MMA # ***-*****59-65** | 1,610,649.09 | 836,079.69 | 664,713.58 |
| **Checking # ***-*****59-66** | 0.00 | 137,962.98 | 2,639.91 |
| **MMA # ***-*****59-67** | 0.00 | 0.00 | 0.00 |
| | $1,641,396.16 | $974,042.67 | $667,353.49 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-01026
Case Name: PIELET, JAMES
Trustee Name: ILENE F. GOLDSTEIN

Claims of secured creditors will be paid as follows:

*Claimant*            *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | ILENE F. GOLDSTEIN | $ 44,952.77 | $ |
| Attorney for trustee | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | $ 12,457.50 | $ 174.57 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | POPOWCER KATTEN, LTD. | $ 5,404.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ 500.00 | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Attorney for trustee | Shaw Gussis Fishman et al | $ 25,264.00 | $ 511.57 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*        *Fees*        *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,529,852.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | Levin Goodman Cohen | $ 5,593.75 | $ 713.84 |
| 3 | U S Enivromental Protection Agency | $ 2,510,411.66 | $ 320,358.61 |
| 6 | Dorothy Pielet | $ 2,011,466.84 | $ 256,687.27 |
| 7 | Richard Jalovec and Assoc | $ 2,380.00 | $ 303.72 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 4,022,933.67 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 6-2 | Dorothy Pielet | $ 4,022,933.67 | $ 0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**