**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| PIELET, JAMES | ) | |
| | ) | CASE NO. 06-01026 ABG |
| | ) | |
| | ) | JUDGE A. Benjamin Goldgar |
| Debtor(s) | ) | |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:     HONORABLE A. Benjamin Goldgar
           BANKRUPTCY JUDGE

NOW COMES ILENE F. GOLDSTEIN, Trustee herein, pursuant to 11 U.S.C. §330, and requests

$94,952.77 as compensation, $50,000.00 of which has previously been paid, and $0.00 for reimbursement

of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured

claims are $2,390,092.34.  Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $            1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $            4,500.00 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $          47,500.00 | ($47,500.00 maximum) |
| 3% of balance | $          41,702.77 | |
| | | |
| TOTAL COMPENSATION | $          94,952.77 | |

## II.  TRUSTEE'S EXPENSES

TOTAL EXPENSES                                    $_____0.00

      The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.  No payments have previously been made or promised in any capacity in connection with the above case.

Executed this _____ day of _____ , 200 ____

Dated: _____       _____
                                 ILENE F. GOLDSTEIN, Trustee
                                 Law Offices
                                 850 Central Avenue
                                 Suite 200
                                 Highland Park, IL  60035

## PROFESSIONAL FEES AND EXPENSES

| | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED Fees | 10,428.00 | 12,457.50 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED Expenses | 370.00 | 174.57 | |
| Shaw Gussis Fishman et al Fees | 156,280.00 | 25,264.00 | |
| Shaw Gussis Fishman et al Expenses | 2,481.10 | 511.57 | |
| | | | 207,966.74 |
| **Accountant for Trustee** | | | |
| POPOWCER  KATTEN, LTD. Fees | 0.00 | 5,404.00 | |
| | | | 5,404.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $    169,559.10 | $    43,811.64 | $    213,370.74 |

EXHIBIT A

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs.  The Trustee reviewed all of the events in the Florida Bankruptcy.  The Trustee conducted an examination of the Debtor under Rule 2004 as the Section 341 meeting of creditors had already occurred in Florida..

1.    The Trustee prepared semi-annual reports to the United States Trustee's Office.

2.    The Trustee managed the estate's cash on hand.  This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

3.    The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

4.    The Trustee attended to tax issues concerning the estate.

5.    The Trustee reviewed the claims filed in this case. The Trustee compared schedules, notices of bar dates and claims dockets to ensure all creditors scheduled received the appropriate notices.

6.    The Trustee participated in every aspect of the case with outside counsel and at the request of outside counsel reviewed all of the pleadings filed prior to filing with the exception of routine pleadings. The trustee developed strategy which allowed the recovery and or resolution of interests in five substantial properties as well ass discharge issues. The Trustee collected and or has paid over $2,000,000.00 for the benefit of creditors.

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIIN LLC

Attorney Key when initials used

IB : Ira Bodenstein
IXB : Ira Bosenstein
GEG : Gordon E. Gouveia
REG: Robert Glantz

Ilene F. Goldstein as Trustee
C/O Ilene F. Goldstein Chartered
850 Central Avenue
Suite 200
Highland Park IL 60035

Invoice submitted to:
1.   TTJP.Accounting:

January 15, 2010

Professional services

|  | Hrs/Rate | Amount |
|---|---|---|
| 9/24/08    IFG   Conference | 0.30 | 82.50 |
| Conference with Ira Bodenstein re: accounting | 275.00/hr | |
| issues | | |
| | | |
| 3/20/09    IFG   Review | 1.10 | 302.50 |
| Review of email from PBG Financial re: | 275.00/hr | |
| Melissa's money disbursements | | |

|  | | |
|---|---|---|
| | | ------------- |
| --------------- | | |
| For professional services rendered | 1.40 | $385.00 |

Timekeeper summary

------------------------------------------------------------------------------------------------------------
------------

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Ilene F. Goldstein | 1.40 | 275.00 | $385.00 |

Ilene F. Goldstein as Trustee
C/O Ilene F. Goldstein Chartered
850 Central Avenue
Suite 200
Highland Park IL 60035

Invoice submitted to:
TTJP.AdverProc:

January 15, 2010

Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/5/06 | IFG | Phone call | 0.50 | 137.50 |
|  |  | Review of status.Telephone call with IXB future dates; 727 complaint; 2004 exam. | 275.00/hr |  |
| 5/17/06 | IFG | Review | 1.20 | 330.00 |
|  |  | Review of complaint to avoid fraudulent transfers (24 p) | 275.00/hr |  |
| 5/19/06 | IFG | Phone call | 1.20 | 330.00 |
|  |  | Review of contract on Laurel Ridge (.90)Telephone call with IXB re: Laurel Ridge offer; (.30) | 275.00/hr |  |
|  | IFG | Phone call | 0.30 | 82.50 |
|  |  | Telephone call with IXB re: Laurel Ridge offer; sale of Waukegan property. | 275.00/hr |  |
| 6/5/06 | IFG | Phone call | 1.30 | 357.50 |
|  |  | Review of complaint, and answer and defenses (.90)Telephone call with IXB re: counter and cross claims, Adversary Proceeding claim against Robert Pielet.(.40) | 275.00/hr |  |

TTJP.AdverProc:        Page  2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

6/5/06     IFG   Phone call                    0.40                    110.00
Continued review facts on various properties    275.00/hr
and transfers(.1)Telephone call with IXB re:
fraudulent conveyance allegations.(.3)

  IFG       Phone call                    0.50                    137.50
Continued review of deposition testimony.      275.00/hr

6/6/06     IFG   Phone call                    1.10                    302.50
Review pleadings from Florida and telephone      275.00/hr
call with IXB re: fraudulent conveyence
allegations.

  IFG       Conference                  2.50                    687.50
Review of draft answer and  concerning;        275.00/hr
Conference with GEG re: draft answer and
counterclaim/cross-claim per trustee's
comments and revise counterclaim and
cross-claim.

6/9/06     IFG   Review                      1.10                    302.50
 Review adversary compalaint allegations and     275.00/hr
Review Adversary Complaint draft concerning
R. Pielet.

6/12/06     IFG   Phone call                    1.30                    357.50
Review documents on Anquillapoperty; review      275.00/hr
issues on Churchill ad facts on
BelleVerdeTelephone call with IXB re:
Churchill/Donut LLC adversary and Bella Verde
Answer; Anguilla property sale.

  IFG       Phone call                    0.20                    55.00
Continued review on Anquilla.                  275.00/hr

6/20/06     IFG   Phone call                    1.80                    495.00
Review fraudulent suit;  Review facts on        275.00/hr
Addison ReserveTelephone call with IXB re:
fraudulent conveyance lawsuit and Addison
Reserve Equity Membership.

TTJP.AdverProc:        Page   3

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/20/06    IFG   Review | | 0.90 | 247.50 |
| Review of documents forwarded by IXB re: | | 275.00/hr | |
| fraudulent conveyance lawsuit and Addison | | | |
| Reserve Equity Membership. | | | |
| | | | |
| IFG     Review | | 0.30 | 82.50 |
| Review email  sent to Trustee between Ball to I. | | 275.00/hr | |
| Bodenstein re: Pielet. | | | |
| | | | |
| 6/23/06    IFG   Review | | 0.50 | 137.50 |
| Conference with  GEG on necessity of  de | | 275.00/hr | |
| of filing fee form and how accomplished | | | |
| | | | |
| IFG     Review | | 2.40 | 660.00 |
| Review of GEG message re: draft notice of | | 275.00/hr | |
| motion, motion and agreed order; calculation of | | | |
| accrued interest.Review of all documents and | | | |
| look up and or calculate answers o questions | | | |
| | | | |
| 6/28/06    IFG   Analysis | | 1.40 | 385.00 |
| Analysis of concealment of asset on the | | 275.00/hr | |
| schedules. Review documents re: same. | | | |
| | | | |
| IFG     Conference | | 1.30 | 357.50 |
| Conference with GEG re: merits of | | 275.00/hr | |
| concealment allegation in amended | | | |
| complaint.Review of concealment eas issue in | | | |
| fraud complaint or 727 complaint | | | |
| | | | |
| 7/18/06    IFG   Conference | | 0.80 | 220.00 |
| Conference with GEG re: tomorrow's hearing | | 275.00/hr | |
| and interest calculation for Addison Reserve | | | |
| compromise. review of notes on same | | | |
| | | | |
| 7/19/06    IFG   Review | | 0.50 | 137.50 |
| Review resolution of concealed asset issue, | | 275.00/hr | |
| conference with GEG. | | | |

TTJP.AdverProc:          Page   4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/19/06 IFG Review | | 0.50 | 137.50 |
| Review GEG proposed and then entered ordersent to the trustee. | | 275.00/hr | |
| IFG Court Appearance | | 1.00 | 275.00 |
| Conference with counsel on court Appearance on status adversaries against James, Melissa and Bradley Pielet and Robert Pielet. Analysis of next steps | | 275.00/hr | |
| 7/20/06 IFG Phone call | | 0.90 | 247.50 |
| Review of Laurel Ridge facts and transfers. | | 275.00/hr | |
| IFG Phone call | | 1.40 | 385.00 |
| Review of parameters of Laurel Ridge Settlement and telephone call with IXB re: Laurel Ridge adversary settlement. | | 275.00/hr | |
| 7/27/06 IFG Review | | 1.50 | 412.50 |
| Reviewand revise GEG's joint motion for entry of agreed order and agreed order. | | 275.00/hr | |
| IFG Review | | 0.20 | 55.00 |
| Continued revision of joint motion for entry of agreed order and agreed order. | | 275.00/hr | |
| 8/23/06 IFG Court Appearance for Hearing | | 1.80 | 495.00 |
| Court Appearance for Hearing re: Laurel Ridge adversary joint motion for entry of agreed order; lengthy oral ruling on unrelated MSJ. | | 275.00/hr | |
| IFG Analysis | | 0.90 | 247.50 |
| Analysis with counsel on oral ruling on summary judgment motion. Analysis of meaning for future actions | | 275.00/hr | |
| 3/7/07 IFG Review | | 1.90 | 522.50 |
| Review and reviseof Trusee's Complaint against Pielet (52 p) | | 275.00/hr | |

TTJP.AdverProc:          Page   5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/20/07 | IFG | Review | 0.20<br>275.00/hr | 55.00 |
| | | Review agreed order. | | |
| 3/26/07 | IFG | Review | 0.30<br>275.00/hr | 82.50 |
| | | Review stip to dismiss. | | |
| 4/9/07 | IFG | Review | 0.80 | 220.00 |
| | | Review letter from I. Bodenstein re: escrowe<br>funds from Florida.and Trustee position on<br>receipt | 275.00/hr | |
| 5/2/07 | IFG | Review | 1.20 | 330.00 |
| | | Review Laurel Ridge contract fax (10 p) | 275.00/hr | |
| | IFG | Review | 0.40 | 110.00 |
| | | Review email from I. Bodenstein re: Florida<br>property sale | 275.00/hr | |
| 5/14/07 | IFG | Review | 3.40 | 935.00 |
| | | Review email from I. Bodenstein re: proposed<br>drafts.on numerous settlement docs and<br>proposals.  Edit the same | 275.00/hr | |
| | IFG | Phone call | 1.20 | 330.00 |
| | | Review closing docs;Telephone call with I.<br>Bodenstein re: Laurel Ridge closing. | 275.00/hr | |
| 5/17/07 | IFG | Review | 0.50 | 137.50 |
| | | Review affidavit/Release Trustee execution of<br>documents. | 275.00/hr | |
| | IFG | Phone call | 0.20 | 55.00 |
| | | Telephone call with I. Bodenstein re: execution<br>copies of Release and Affidavit. | 275.00/hr | |
| 5/24/07 | IFG | Review | 0.90 | 247.50 |
| | | Review I. Bodenstein's letter re: Laurel Ridge<br>payment.Set up files to receive payments | 275.00/hr | |

TTJP.AdverProc:          Page  6

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/24/07    IFG   Phone call | | 0.10 | 27.50 |
| Telephone call with I. Bodenstein re: Laurel | | 275.00/hr | |
| Ridge payment. | | | |
| 7/11/07    IFG   Review | | 0.40 | 110.00 |
| Review Ira Bodenstein draft motions | | 275.00/hr | |
| 7/16/07    IFG   Review | | 2.10 | 577.50 |
| Review Consent Decree and Settlement | | 275.00/hr | |
| Agreement brief | | | |

-------------

------------------

| For professional services rendered | 43.30 | $11,907.50 |
|---|---|---|

Additional charges:

Qty/Price

| 10/31/07    IFG   Postage | 6 | 10.38 |
|---|---|---|
| Postage on first interim | 1.73 | |

------------------

| Total costs | $10.38 |
|---|---|

----------------------------

| Total amount of this bill | $11,917.88 |
|---|---|

===============

Timekeeper summary

-----------------------------------------------------------------------------------------------------------------
------------

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Ilene F. Goldstein | 43.30 | 275.00 | $11,907.50 |

Ilene F. Goldstein as Trustee
C/O Ilene F. Goldstein Chartered
850 Central Avenue
Suite 200
Highland Park IL 60035

Invoice submitted to:
TTJP.AppealIssu:

January 15, 2010

Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/10/06    IFG   Phone call | 0.60 | | 165.00 |
| Review Court orders from Florida and extensions of time. Telephone call with IXB re: bankruptcy court hearings and request for extensions on discharge and exemption issues. | | 275.00/hr | |
| IFG     Phone call | 0.40 | | 110.00 |
| Telephone call with IXB re: request for extension to file appeal brief from Melissa Pielet's attorney. | | 275.00/hr | |

-------------

---------------

| For professional services rendered | 1.00 | $275.00 |
|---|---|---|

Timekeeper summary

-------------------------------------------------------------------------------------------------------------
------------

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Ilene F. Goldstein | 1.00 | 275.00 | $275.00 |

Ilene F. Goldstein as Trustee
C/O Ilene F. Goldstein Chartered
850 Central Avenue
Suite 200
Highland Park IL 60035

Invoice submitted to:
TTJP.CaseAdmin:

January 15, 2010

Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/28/06 | IFG | Phone call | 0.50 | 137.50 |
|  | Telephone call with with IXB re: retention as | | 275.00/hr | |
|  | Trustee's counsel in James Pielet and J.P. | | | |
|  | Investments chapter 7 cases. | | | |
| 3/1/06 | IFG | Phone call | 2.70 | 742.50 |
|  | Preparation for telephonic meeting to discuss | | 275.00/hr | |
|  | priority issues for additional | | | |
|  | counsel.(2.1)Telephone call with IXB re: priority | | | |
|  | of issues to address. | | | |
|  | IFG | Assembly of Legal Documents | 0.70 | 192.50 |
|  | Assemble documents for lawyers' review | | 275.00/hr | |
|  | based on teleconference and priority of issues | | | |
|  | to address. | | | |
| 3/2/06 | IFG | Phone call | 0.40 | 110.00 |
|  | Review of retention motionsTelephone call with | | 275.00/hr | |
|  | IXB re: retention motions. | | | |

TTJP.CaseAdmin:          Page  2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/3/06 | IFG | Phone call | 0.10 | 27.50 |
| | Telephone call with IXB re: retention motions and billing rates. | | 275.00/hr | |
| | IFG | Phone call | 0.10 | 27.50 |
| | Telephone call with IXB re: retention motions and staffing of case. | | 275.00/hr | |
| | IFG | Review | 0.30 | 82.50 |
| | Review and revise retention motions. | | 275.00/hr | |
| | IFG | Phone call | 0.10 | 27.50 |
| | Telephone call with IXB re: modifications to retention motions. | | 275.00/hr | |
| 3/14/06 | IFG | Meeting | 3.00 | 825.00 |
| | Preparaion for meeting to cover what Trustee believes to be millions of dollars of transfers and gathering documentation and talking to creditors(2.5)Meeting with IXB to review status of all matters.(1.00) | | 275.00/hr | |
| | IFG | File and Docket | 1.00 | 275.00 |
| | File and docket all documents from meeting with IXB and create Trustee work folders for request from counsel. | | 275.00/hr | |
| 3/21/06 | IFG | Phone call | 0.80 | 220.00 |
| | Review of funds being held in Florida from sale of property.Telephone call with IXB re: status and turnover motion. | | 275.00/hr | |
| | IFG | Assembly of Legal Documents | 1.20 | 330.00 |
| | Assemble and set up preliminary bank account, financial file and financial documentation required by UST. | | 275.00/hr | |
| 3/22/06 | IFG | Phone call | 0.40 | 110.00 |
| | Review of docket; Telephone call with IXB re: funds transfer, Lake County lawsuit, Appeal issues. | | 275.00/hr | |

TTJP.CaseAdmin:          Page  3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/23/06    IFG   Phone call | | 1.40 | 385.00 |
| Preparation for conference with client and direction as o three issues.Telephone call with IXB re:turnover of  funds transfer, Lake County lawsuit, Appeal issuesby debtor. | | 275.00/hr | |
| 3/24/06    IFG   Phone call | | 1.10 | 302.50 |
| Review Florida docket on claims date issues and no need to reopen claims date.Telephone call with IXB re: Claim bar date issues. | | 275.00/hr | |
| IFG     Review | | 0.60 | 165.00 |
| Review and entry into bankruptcy case management system Claim bar date and set up system to receive claims. | | 275.00/hr | |
| 3/28/06    IFG   Phone call | | 1.30 | 357.50 |
| Analysis of administration of case in Florida. Review of 341 meeting already held. Discussion with attorney for the Debtor as not wanting to participate in another 341.Telephone call with IXB re: 341 meeting issue and receipt and status  of funds from turnover order. | | 275.00/hr | |
| IFG     Phone call | | 0.40 | 110.00 |
| Telephone call with IXB re: 341 meeting issue and receipt of funds from turnover order. | | 275.00/hr | |
| 4/3/06    IFG  Review | | 0.20 | 55.00 |
| Review supplemental disclosure draft from GEG. | | 275.00/hr | |
| IFG     File and Docket | | 0.20 | 55.00 |
| File and docket internally supplemental disclosure draft and conference with counsel re: Trustee's position. | | 275.00/hr | |

TTJP.CaseAdmin:          Page   4

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/4/06     IFG   Phone call | | 0.20 | 55.00 |
| Telephone call with IXB re: Belle Verde sale proceeds. | | 275.00/hr | |
| IFG       Assembly of Legal Documents | | 0.20 | 55.00 |
| Assemble and set up financial files for Belle Verde sale proceeds. | | 275.00/hr | |
| 4/5/06     IFG   Phone call | | 0.30 | 82.50 |
| Telephone call with IXB re: future dates; 727 complaint; 2004 exam. | | 275.00/hr | |
| 4/7/06     IFG   Preparation | | 0.80 | 220.00 |
| Preparation of disbursement and receipt of funds.  Update financial files; obtain supporting court documentation. | | 275.00/hr | |
| 6/26/06     IFG   Review | | 0.80 | 220.00 |
| Review message from GEG re: accrued interest in Bella Verde Way Property proceeds being held in trust. | | 275.00/hr | |
| 7/20/06     IFG   Review | | 0.30 | 82.50 |
| Review request for transfer perform financial transfer. | | 275.00/hr | |
| 7/25/06     IFG   Review | | 1.20 | 330.00 |
| Review court documents on required disbursement; make disbursement to third party; update ledgers and files. 7/25/06 | | 275.00/hr | |
| IFG       Review | | 0.40 | 110.00 |
| Review and make payment on previously approved retainer to Shaw Gussis; obtain court order for file; update paper files. | | 275.00/hr | |
| 8/4/06     IFG   Review | | 0.20 | 55.00 |
| Review GEG message re: trusee's name added to electronic notice list. | | 275.00/hr | |

TTJP.CaseAdmin:        Page   5

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/4/06   IFG   Review<br>Review several new court emails as a result of<br>having trustee's name added to electronic<br>notice list. | | 0.20<br>275.00/hr | 55.00 |
| 11/29/06   IFG   Review<br>Review and obtain funds for deposit on<br>settlement; review settlement documents and<br>paper financial transaction. | | 0.50<br>275.00/hr | 137.50 |
| 1/9/07   IFG   Preparation of pleadings<br>Preparation of pleadings for yearly report to<br>UST and for file | | 1.00<br>275.00/hr | 275.00 |
| 1/15/07   IFG   Preparation<br>Preparation and creation of Form 1 and entry<br>data for assets. | | 2.00<br>275.00/hr | 550.00 |
| 1/23/07   IFG   Review<br>Review and deposit funds for sale of assets;<br>breakdown of information for Form 2; update<br>financial files and paper files. | | 1.50<br>275.00/hr | 412.50 |
| 2/14/07   IFG   Review<br>Review court orders and transfer funds from<br>investment to checkiing for payment of court<br>ordered fees; effectuate payment; paper file<br>with appropriate court documents | | 1.50<br>275.00/hr | 412.50 |
| 2/19/07   IFG   Review<br>Review of application to retain Lois West. | | 0.50<br>275.00/hr | 137.50 |
| 4/12/07   IFG   Assembly of Legal Documents<br>Assemble information re: assets and funds<br>received and deposited. | | 0.80<br>275.00/hr | 220.00 |
| 5/29/07   IFG   Review<br>Review of deposit in compliance with court<br>order and sale of Laurel Ridge; make deposit<br>and update file. | | 1.00<br>275.00/hr | 275.00 |

TTJP.CaseAdmin:          Page   6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/22/07 | IFG | Review | 0.50 | 137.50 |
|  |  | Review and make transfer into investment. | 275.00/hr |  |
| 8/17/07 | IFG | Review | 0.50 | 137.50 |
|  |  | Review and make transfer into investment | 275.00/hr |  |
|  | IFG | Preparation | 1.00 | 275.00 |
|  |  | Preparation and compliance with court orders entered re: payment to Shaw Gussis; obtaining court orders for financial files; delivery of checks. | 275.00/hr |  |
| 8/24/07 | IFG | Review | 0.90 | 247.50 |
|  |  | Review and assemble information and perform deposit adjustment and disbursement reversal and tranfer funds to money market. | 275.00/hr |  |
| 12/31/07 | IFG | Balance | 2.50 | 687.50 |
|  |  | Reconciliation of court orders w/ receipts & disb done on a monthly basis under UST requirements for calendar year 2007. | 275.00/hr |  |
| 1/5/08 | IFG | Preparation | 2.00 | 550.00 |
|  |  | Preparation and update of Form 1 year-end 12/31/07 | 275.00/hr |  |
| 1/10/08 | IFG | Preparation of pleadings | 1.00 | 275.00 |
|  |  | Preparation of pleadings for yearly report to UST and for file | 275.00/hr |  |
| 1/24/08 | IFG | Preparation | 0.20 | 55.00 |
|  |  | Continued preparation of property report | 275.00/hr |  |
| 2/15/08 | IFG | Balance | 5.00 | ,375.00 |
|  |  | Reconciliation of court orders w/ receipts & disb for every deposit and check written in preparation for audit; make sure all documents up to date to support financial transactions. | 275.00/hr |  |

TTJP.CaseAdmin:          Page  7

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

| 2/18/08 | IFG  Balance | 4.50 | 1,237.50 |
| | Reconciliation of court orders w/ receipts & | 275.00/hr | |
| | disb for every deposit and check written in | | |
| | preparation for audit; make sure all documents | | |
| | up to date to support financial transactions. | | |

| 3/14/08 | IFG  Preparation | 6.00 | 1,650.00 |
| | Preparation and handling of five year annual | 275.00/hr | |
| | audit this case selected. | | |

| 12/31/08 | IFG  Balance | 2.50 | 687.50 |
| | Reconciliation of court orders w/ receipts & | 275.00/hr | |
| | disb done on a monthly basis under UST | | |
| | requirements for calendar year 2008. | | |

| 1/6/09 | IFG  Preparation | 2.50 | 687.50 |
| | Preparation and update of Form 1 year-end | 275.00/hr | |
| | 12/31/08 | | |

| 1/16/09 | IFG  Preparation of pleadings | 1.00 | 275.00 |
| | Preparation of pleadings for yearly report to | 275.00/hr | |
| | UST and for file | | |

| 6/9/09 | IFG  Review | 0.50 | 137.50 |
| | Review investment options available for the | 275.00/hr | |
| | trustee; rollover CD. | | |

| 12/31/09 | IFG  Balance | 2.50 | 687.50 |
| | Reconciliation of court orders w/ receipts & | 275.00/hr | |
| | disb done on a monthly basis under UST | | |
| | requirements for calendar year 2009. | | |

-------------

-----------------

For professional services rendered          63.00          $17,325.00

Timekeeper summary

------------------------------------------------------------------------------------------------------------
------------

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Ilene F. Goldstein | 63.00 | 275.00 | $17,325.00 |

Ilene F. Goldstein as Trustee
C/O Ilene F. Goldstein Chartered
850 Central Avenue
Suite 200
Highland Park IL 60035


Invoice submitted to:
TTJP.Cred&Clms:


January 15, 2010



Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/6/06 | IFG | Phone call | 0.50 | 137.50 |
|  |  | Telephone call with IXB re: executed document and claims dockets. | 275.00/hr |  |
| 12/12/06 | IFG | Meeting | 3.00 | 825.00 |
|  |  | Preparation for meeting and meeting with IXB and Randy Stone to discuss EPA claim issues. | 275.00/hr |  |
|  | IFG | Meeting | 2.00 | 550.00 |
|  |  | Travel to and from meeting with IXB and Randy Stone to discuss EPA claim issues. | 275.00/hr |  |
| 7/10/07 | IFG | Phone call | 0.20 | 55.00 |
|  |  | Telephone call with I. Bodenstein re: EPA claim proposal | 275.00/hr |  |
| 1/28/08 | IFG | Phone call | 0.20 | 55.00 |
|  |  | Telephone call with I. Bodenstein re: claims review and bar date issues | 275.00/hr |  |

TTJP.Cred&Clms:          Page   2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/15/09    IFG   Phone call<br>Telephone call with creditor Cadleway on<br>withdrawal of claim | | 0.30<br>275.00/hr | 82.50 |
| 6/29/09    IFG   Review<br>Review of court docket for claims | | 0.50<br>275.00/hr | 137.50 |
| 7/20/09    IFG   Review<br>Review Ira Bodenstein re: payment of EPA<br>secured claim | | 0.10<br>275.00/hr | 27.50 |
| 7/28/09    IFG   Conference<br>Telephone conference with Ira Bodenstein re:<br>claims docket in Florida and Dunkin Brands<br>claim, Fifth Third claim | | 0.30<br>275.00/hr | 82.50 |
| 7/29/09    IFG   Conference<br>Conference with Bodenstein re: claims of Robert<br>Pielet, State of Illinois | | 0.20<br>275.00/hr | 55.00 |

-------------

---------------

For professional services rendered                  7.30          $2,007.50

Timekeeper summary

---------------------------------------------------------------------------------------------------------------------
------------

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Ilene F. Goldstein | 7.3 | 275.00 | $2,007.50 |

Ilene F. Goldstein as Trustee
C/O Ilene F. Goldstein Chartered
850 Central Avenue
Suite 200
Highland Park IL 60035


Invoice submitted to:
TTJP.FeeApp:



January 15, 2010




Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/22/07    IFG   Preparation | | 1.10 | 302.50 |
| Preparation of time and back up for interim compensation as Trustee | | 275.00/hr | |
| 1/23/07    IFG   Review | | 2.10 | 577.50 |
| Review revisions and draft pleadings on fee petitions. | | 275.00/hr | |
| IFG     Review | | 1.50 | 412.50 |
| Reviewof fee application and time. recommendations on time to cut.  Review all time entries.. | | 275.00/hr | |
| IFG     Phone call | | 0.50 | 137.50 |
| Telephone call with I. Bodenstein re: First Interim Fee Application. | | 275.00/hr | |
| 1/26/07    IFG   Phone call | | 0.30 | 82.50 |
| Telephone call with I. Bodenstein re: pending fee applications. | | 275.00/hr | |

TTJP.FeeApp:          Page  2

| | Hrs/Rate | Amount |
|---|---|---|
| 2/12/07    IFG   Phone call | 0.10 | 27.50 |
| Telephone call with I. Bodenstein re: fee hearing | 275.00/hr | |
| on 2/14 and retention of Lois West. | | |
| | | |
| IFG     Preparation | 1.50 | 412.50 |
| Discussion with I Bodenstein on the law on | 275.00/hr | |
| Trustee interim fee issue and courts | | |
| consideration.  Review of info | | |
| | | |
| 2/13/07    IFG   Phone call | 0.20 | 55.00 |
| Telephone call with I. Bodenstein to discuss | 275.00/hr | |
| Pending fee and comp applications. | | |
| | | |
| 2/14/07    IFG   Preparation | 1.70 | 467.50 |
| Preparation: Interim Fee Application | 275.00/hr | |
| and Interim Trustee Comp Application. | | |
| | | |
| IFG     Phone call | 0.40 | 110.00 |
| Telephone call with I. Bodenstein re: | 275.00/hr | |
| presentation on 2/21 on Trustee Interim Comp | | |
| Application. | | |
| | | |
| 2/16/07    IFG   Phone call | 0.30 | 82.50 |
| Telephone call with I. Bodenstein re: need for | 275.00/hr | |
| Supplemental Statement on Interim Trustee | | |
| comp and discussion of research issue. | | |
| | | |
| IFG     Review | 0.30 | 82.50 |
| Review with I. Bodenstein research on awards of | 275.00/hr | |
| partial interim trustee compensation. | | |
| | | |
| 2/19/07    IFG   Phone call | 0.20 | 55.00 |
| Telephone call with I. Bodenstein re: | 275.00/hr | |
| supplemental statement. | | |
| | | |
| 2/20/07    IFG   Preparation of pleadings | 0.60 | 165.00 |
| Review of  pleadings interim comp motion. | 275.00/hr | |

TTJP.FeeApp:          Page   3

|  | Hrs/Rate | Amount |
|---|---|---|
| 2/20/07     IFG   File and Docket<br>File adn docket scheduled motion. | 0.10<br>275.00/hr | 27.50 |
| IFG     Phone call<br>Telephone call with I. Bodenstein and courtroom<br>deputy re: scheduling of motion. | 0.10<br>275.00/hr | 27.50 |
| 2/21/07     IFG   Court Appearance for Hearing<br>Court Appearance for Hearing on Motion to Pay<br>Trustee Interim Compensation. | 1.30<br>275.00/hr | 357.50 |
| IFG     Court Appearance for Hearing<br>Travel to and from Court Appearance for<br>Hearing on Motion to Pay Trustee Interim<br>Compensation. | 3.00<br>275.00/hr | 825.00 |
| 2/26/07     IFG   Phone call<br>Telephone calls with I. Bodenstein re: John<br>Walsh fee application in Florida, Walsh request<br>for fees, Florida hearing. | 1.40<br>275.00/hr | 385.00 |
| 3/22/07     IFG   Phone call<br>Telephone call with I. Bodenstein re: Walsh fee<br>application. | 0.20<br>275.00/hr | 55.00 |
| 7/10/07     IFG   Phone call<br>Telephone call with Bodenstein re: 2nd interim<br>fee application fee | 0.30<br>275.00/hr | 82.50 |

---------------
-------------

For professional services rendered                17.20          $4,730.00

Timekeeper summary

------------------------------------------------------------------------------------------------------------------------
------------

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Ilene F. Goldstein | 17.20 | 275.00 | $4,730.00 |

Ilene F. Goldstein as trustee
C/O Ilene F. Goldstein Chartered
850 Central Avenue
Suite 200
Highland Park IL 60035


Invoice submitted to:
TTJP.GenInvest:




January 15, 2010




Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/1/06   IFG   Assembly of Legal Documents | | 1.20 | 330.00 |
| PAssemble relevant pleadings  from Florida file and Trustee's preliminary investigation and email to IXB. | | 275.00/hr | |
| 4/6/06   IFG   Review | | 2.30 | 632.50 |
| Review insurance information from IXB on properties and operations.  Phone call to agents and insurance to follow up to make sure assets are insured  Review of named insured and attempt to secure for bankruptcy estate | | 275.00/hr | |
| 4/21/06   IFG   Phone call | | 1.70 | 467.50 |
| Review of information trustee needs from 2004 exams; Telephone call with IXB re: 2004 exams. | | 275.00/hr | |
| IFG   Phone call | | 0.10 | 27.50 |
| Telephone call with IXB re: 2004 exams. | | 275.00/hr | |

TTJP.GenInvest:          Page  2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/1/06     IFG   Phone call | | 0.50 | 137.50 |
| Telephone call with IXB renew 2004 exam date, . | | 275.00/hr | |
| 6/7/06     IFG   Review | | 0.70 | 192.50 |
| Review letters from IXB re: country club documents, Churchill property consideration and claims dockets. Research Florida docket and claims issues | | 275.00/hr | |
| IFG     Review | | 1.20 | 330.00 |
| Continued research and review of information on country club documents, Churchill property consideration. | | 275.00/hr | |
| 7/14/06     IFG   Phone call | | 2.40 | 660.00 |
| Telephone call with IXB re: BP Properties documents and review letter re: analysis. Bp valuable property apparently tranferred from Debtor to spouse Review tranfer documents and dates | | 275.00/hr | |
| IFG     Review | | 1.40 | 385.00 |
| Continued review and research re: BP Properties documents; analysis of documents; review analysis letter. Perform Trustee analysis as to value, attempt to obtain comps | | 275.00/hr | |
| 8/8/06     IFG   Review | | 1.50 | 412.50 |
| Review documents prepared by IXBdealing with BP and churchill | | 275.00/hr | |
| 4/16/07     IFG   Conference | | 2.80 | 770.00 |
| Extensive review of related bankruptcy, bankruptcy docket and possible additional assets and property to the estate  Discussion of same with Bodenstein. re: Minnesota outlots once owned by Pielet. | | 275.00/hr | |

TTJP.GenInvest:          Page   3

|         |     |            | Hrs/Rate   | Amount    |
|---------|-----|------------|------------|-----------|

| 4/16/07 | IFG | Phone call | 1.80 | 495.00 |

Continued investigation by the Trustee, 275.00/hr
Telephone call with I. Bodenstein re: follow up
investigation.

5/2/07     IFG   Phone call                 0.80                        220.00
additional review of title reports;Telephone call      275.00/hr
with I. Bodenstein re: Midwest Metallics research.

7/16/07     IFG   Phone call                0.20                         55.00
Telephone call with Bodenstein re: Pielet divorce      275.00/hr
files

8/9/07     IFG   Phone call                 2.40                        660.00
Telephone call with Bodenstein re: Pielet divorce      275.00/hr
file.  Review of file in Lake County

8/17/07     IFG   Conference               0.30                         82.50
Conference with Bodenstein re: Pielet divorce file     275.00/hr

-------------
---------------
For professional services rendered              21.30              $5,857.50

Timekeeper summary

------------------------------------------------------------------------------------------------------------
------------

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| Ilene F. Goldstein | 21.30 | 275.00 | $5,857.50 |

Ilene F. Goldstein as Trustee
C/O Ilene F. Goldstein Chartered
850 Central Avenue
Suite 200
Highland Park IL 60035

Invoice submitted to:
TTJP.GlobalSett:

January 15, 2010

Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/28/06 | IFG | Meeting | 3.80 | 1,045.00 |
|  |  | Meeting with IXB to review current status and formulate global settlement proposal. Preparation for meeting | 275.00/hr |  |
|  | IFG | Meeting | 2.30 | 632.50 |
|  |  | Meeting with Rick Ball, Gene Geekie and EPA to formulate global settlement proposal. | 275.00/hr |  |
| 7/6/06 | IFG | Phone call | 0.90 | 247.50 |
|  |  | Telephone call with IXB to discuss Ball draft of proposed protective order.Review of proposed order | 275.00/hr |  |
|  | IFG | Review | 0.90 | 247.50 |
|  |  | Continued review of Ball draft of proposed protective order. Conference with Ball again, separate conference with attorney | 275.00/hr |  |

TTJP.GlobalSett:        Page  2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/25/06   IFG   Preparation | | 1.40 | 385.00 |
| Preparation for settlement conference. Review trustee's claims in Florida property, BP property, Illinois property, review debtor and debtor's wife positions on properties. | | 275.00/hr | |
| IFG       Phone call | | 1.20 | 330.00 |
| Telephone call with IXB re: 7/26 settlement conference. Discussion of all the properties and both Jim and Melissa Pielet's position on same. | | 275.00/hr | |
| 7/27/06   IFG   Negotiation of | | 2.30 | 632.50 |
| Negotiation of  global settlement with counsel and with parties. | | 275.00/hr | |
| IFG       Phone call | | 0.80 | 220.00 |
| Telephone call with IXB to negotiate global settlement. | | 275.00/hr | |
| 7/28/06   IFG   Meeting | | 1.30 | 357.50 |
| Meeting with and telephone conference with IXB and others  re: documentation of global settlement. | | 275.00/hr | |
| IFG       Phone call | | 0.80 | 220.00 |
| Telephone call with IXB re: documentation of global settlement. Review of  docs | | 275.00/hr | |
| 8/3/06   IFG   Conference | | 2.70 | 742.50 |
| Prliminary review of issues of settlement. Conference with IXB re: status of settlement and open issues.. | | 275.00/hr | |
| IFG       Phone call | | 0.20 | 55.00 |
| Telephone call with IXB re: status of settlement. | | 275.00/hr | |
| 8/9/06   IFG   Review | | 1.40 | 385.00 |
| Review of proposed settlement sheet. Telephone call with IXB to discuss settlement term sheet. | | 275.00/hr | |

TTJP.GlobalSett:          Page  3

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/9/06 IFG Phone call | | 0.50 | 137.50 |
| Review of tem sheet.Telephone call with IXB to discuss settlement term sheet. | | 275.00/hr | |
| 8/29/06 IFG Review | | 1.60 | 440.00 |
| Review of changed settlement terms. Conference with IXB re: global settlement term sheet. | | 275.00/hr | |
| IFG Phone call | | 0.60 | 165.00 |
| Telephone call with IXB re: trustee's comments to global settlement term sheet. | | 275.00/hr | |
| 9/5/06 IFG Phone call | | 0.50 | 137.50 |
| Review of changed settlement sheet. Telephone call with IXB re: global settlement term sheet. | | 275.00/hr | |
| IFG Phone call | | 0.20 | 55.00 |
| Telephone call with IXB re: continued changes and modifications to global settlement term sheet. | | 275.00/hr | |
| 9/7/06 IFG Phone call | | 0.30 | 82.50 |
| Telephone call with IXB re: global settlement terms. | | 275.00/hr | |
| IFG Phone call | | 1.10 | 302.50 |
| Review changes, make Trustee modifications.Telephone call with IXB re: global settlement terms. | | 275.00/hr | |
| 9/8/06 IFG Review | | 0.60 | 165.00 |
| Review change to Tem Sheet. Telephone call with IXB re: change to term sheet. | | 275.00/hr | |
| IFG Phone call | | 0.20 | 55.00 |
| Telephone call with IXB re: proposed final revisions to term sheet. | | 275.00/hr | |

TTJP.GlobalSett:          Page   4

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/18/06 | IFG   Review | 1.40 | 385.00 |
| | Review of open issues to discuss with attorney. | 275.00/hr | |
| | Telephone call with IXB re: status of agreement | | |
| | on settlement term sheet, substantive | | |
| | consolidation, and B.P. Properties sale. | | |
| | IFG     File and Docket | 0.50 | 137.50 |
| | File and docket internally all documents on | 275.00/hr | |
| | settlement term sheet, substantive | | |
| | consolidation and B.P. Properties sale. | | |
| 9/20/06 | IFG   Review | 1.90 | 522.50 |
| | Review IXB revised draft  of Settlement | 275.00/hr | |
| | Agreement. | | |
| 9/21/06 | IFG   Review | 1.40 | 385.00 |
| | Review IXB revised draft Settlement | 275.00/hr | |
| | Agreement. | | |
| 9/26/06 | IFG   Review | 0.30 | 82.50 |
| | Review of Consent Decree. | 275.00/hr | |
| | IFG     Phone call | 0.30 | 82.50 |
| | Telephone call with IXB re: Consent Decree. | 275.00/hr | |
| 9/29/06 | IFG   Review | 1.40 | 385.00 |
| | Review EPA issues in Settlement and | 275.00/hr | |
| | telephone call with IXB re: EPA Settlement | | |
| | Agreement. | | |
| | IFG     Phone call | 1.50 | 412.50 |
| | Review issues for EPA settlement with IXB | 275.00/hr | |
| | specifically on claims of recordation of | | |
| | judgment in counties in Florida as well as in | | |
| | Northern Illinois; discussion of EPA Settlement | | |
| | Agreement. | | |
| 10/10/06 | IFG   Review | 2.20 | 605.00 |
| | review revised settlement areements for EPA | 275.00/hr | |
| | and Pielets and telephone call with IXB re: | | |
| | status of settlement/D. Pielet issues. | | |

TTJP.GlobalSett:        Page   5

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/10/06    IFG   Phone call | | 2.60 | 715.00 |
| Analyse D. Pielet contentions and possible insider issuesTelephone call with IXB re: status of settlement/D. Pielet issues. | | 275.00/hr | |
| 10/24/06    IFG   Phone call | | 0.30 | 82.50 |
| Telephone call with IXB re: settlement status. | | 275.00/hr | |
| IFG     Review | | 1.30 | 357.50 |
| Review outstanding issues and claims of secured status of EPA. Telephone call with IXB re: resolving D. Pielet and EPA competing interests.. | | 275.00/hr | |
| 10/26/06    IFG   Review | | 1.90 | 522.50 |
| Review final drafts of settlement and execution issues and conference with IXB re: settlement execution. | | 275.00/hr | |
| IFG     File and Docket | | 1.20 | 330.00 |
| File and docket and update trustee file with all copies of the settlement agreement and position papers. | | 275.00/hr | |
| 10/31/06    IFG   Review | | 0.80 | 220.00 |
| Review necessity to ammend schedules and telephone call with IXB to discuss schedule amendment. | | 275.00/hr | |
| IFG     File and Docket | | 0.20 | 55.00 |
| File and docket scheduled amendment. | | 275.00/hr | |
| 11/6/06     IFG   Phone call | | 0.20 | 55.00 |
| Telephone call with IXB re: execution of settlement by Jim Pielet. | | 275.00/hr | |
| 11/12/06    IFG   Conference | | 0.10 | 27.50 |
| Conference with IXB/Gene Geekie re: settlement execution. | | 275.00/hr | |

TTJP.GlobalSett:        Page  6

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/13/06    IFG    Phone call | | 0.10 | 27.50 |
| Telephone call with IXB to discuss settlement execution. | | 275.00/hr | |
| 11/14/06    IFG    Phone call | | 1.50 | 412.50 |
| Review informa tion on closing issues and telephone call with IXB re: BP Closing issues. | | 275.00/hr | |
| IFG    File and Docket | | 0.30 | 82.50 |
| File and docket executed closing document and list of closing issues for the trustee. | | 275.00/hr | |
| IFG    Review | | 0.20 | 55.00 |
| Review survey issue with IXB and Rick Ball. | | 275.00/hr | |
| 11/15/06    IFG    Review | | 2.20 | 605.00 |
| Review of trustee providing survey in contract, review of contract on BP, and Trustee's ability to perform and pay for certain provisions; Telephone call with IXB to coordinate survey issueand other issues in the contract. | | 275.00/hr | |
| 11/16/06    IFG    Review | | 0.70 | 192.50 |
| Review of source of funds to pay the surveyor and telephone call with IXB re: surveyor payment. | | 275.00/hr | |
| IFG    Phone call | | 0.10 | 27.50 |
| Telephone call with IXB re: surveyor payment. | | 275.00/hr | |
| 11/21/06    IFG    Review | | 1.10 | 302.50 |
| Review IXB letter re: $22,000 payment from Melissa.Segregation of payment Open financial files to reflect payment and relate them to specific property.  make deposits | | 275.00/hr | |
| IFG    Review | | 1.10 | 302.50 |
| Review letter from IXB re: $22,000 payment from Melissa. Review and outline terms of agreement on the $22,000.00 payment. | | 275.00/hr | |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/27/06 | IFG | Review | 1.20 | 330.00 |
| | | Review and reviseGEG compromise motion. | 275.00/hr | |
| 12/12/06 | IFG | Conference | 0.20 | 55.00 |
| | | Conference with GEG re: creditor matrix and service list for settlement motion. | 275.00/hr | |
| 12/14/06 | IFG | Review | 2.20 | 605.00 |
| | | Review issues on tax ramiifications on the sale of numerous properties, obtaining basis issues and determination of whether to use Pielet accountants; analysis of potential liabilities to the estateTelephone call with IXB re: accounting fees. | 275.00/hr | |
| | IFG | Phone call | 0.30 | 82.50 |
| | | Telephone call with Lois West on IXB re: accounting fees. | 275.00/hr | |
| 12/15/06 | IFG | Review | 1.50 | 412.50 |
| | | Review of PBG accounting fees on BP property and analysis of allowable fees in the context of the sale.Telephone call with IXB re: accounting fees. | 275.00/hr | |
| | IFG | Phone call | 1.20 | 330.00 |
| | | Analysis of claims for accounting fees.Telephone call with IXB re: accounting fees. | 275.00/hr | |
| | IFG | Phone call | 0.20 | 55.00 |
| | | Telephone call with IXB and Rick Ball re: accounting fees. | 275.00/hr | |
| 12/18/06 | IFG | Review | 2.50 | 687.50 |
| | | Continued review of accountants requests for payment and telephone call with IXB re: accounting bills; administrative issues. | 275.00/hr | |

TTJP.GlobalSett:        Page  8

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/18/06   IFG   Conference | | 0.50 | 137.50 |
| Conference with IXB, Rick re: accounting bills. | | 275.00/hr | |
| | | | |
| IFG     Conference | | 0.70 | 192.50 |
| Conference with Rick re: resolution of | | 275.00/hr | |
| accounting bills and ability to finalize settlement. | | | |
| | | | |
| IFG     Phone call | | 0.30 | 82.50 |
| Telephone call with IXB re: administrative | | 275.00/hr | |
| issues. | | | |
| | | | |
| 12/20/06   IFG   Meeting | | 2.10 | 577.50 |
| Review outstanding issues on unresolved | | 275.00/hr | |
| administrative issues and Meeting with IXB to | | | |
| discuss Administrative issues to facilitate | | | |
| settlement. | | | |
| | | | |
| IFG     Assembly of Legal Documents | | 2.30 | 632.50 |
| Assemble and review outstanding accounting | | 275.00/hr | |
| and administrative issues for trustee to deal | | | |
| with in settlement resolution.  All said | | | |
| information in settlement file. | | | |
| | | | |
| 1/9/07    IFG   Phone call | | 0.90 | 247.50 |
| Review closing status. Telephone call with I. | | 275.00/hr | |
| Bodenstein re: BP Properties closing and | | | |
| Florida funds. | | | |
| | | | |
| 1/18/07     IFG   Phone call | | 1.80 | 495.00 |
| Conference with account PBG office and eview | | 275.00/hr | |
| of prelininary bills;Telephone call with I. | | | |
| Bodenstein to discuss BP accounting fee | | | |
| issues. | | | |
| | | | |
| 1/19/07     IFG   Review | | 1.30 | 357.50 |
| Continued review relevant documents. | | 275.00/hr | |
| Telephone call with I. Bodenstein re: BP | | | |
| Closing and accounting issues. | | | |

| | Hrs/Rate | Amount |
|---|---|---|
| 1/24/07     IFG   Phone call | 0.10 | 27.50 |
| Telephone call with I. Bodenstein re: BP accounting fees. | 275.00/hr | |
| 7/16/07     IFG   Review | 1.90 | 522.50 |
| Review confidential settlement communication email from Randy | 275.00/hr | |
| 4/4/08     IFG   Review | 0.70 | 192.50 |
| Review communication from Randy re: Consent Decree and Settlement Agreement. Review modifications | 275.00/hr | |
| 6/18/08     IFG   Review | 1.20 | 330.00 |
| Review DOJ discussion draft - settlement confidential | 275.00/hr | |
| 9/3/08     IFG   Review | 0.50 | 137.50 |
| Review email Stone to Geekie re: Pielet settlement. | 275.00/hr | |
| IFG      Review | 0.20 | 55.00 |
| Review email Stone to Geekie re: Pielet | 275.00/hr | |
| IFG      Review | 0.80 | 220.00 |
| Review Geekie response email re: Pielet | 275.00/hr | |
| IFG      Review | 0.80 | 220.00 |
| Review I. Bodenstein response to Stone email re: Pielet | 275.00/hr | |
| 9/12/08     IFG   Review | 1.20 | 330.00 |
| Review consent decree and settlement agreement (18 p) necessary for determining claims | 275.00/hr | |
| IFG      Review | 0.70 | 192.50 |
| Review email Stone to I. Bodenstein and Geekie re: settlement agreement and payout | 275.00/hr | |
| 1/12/09     IFG   Review | 1.20 | 330.00 |
| Review tentative final version of settlement email from Stone to I. Bodenstein and Geekie | 275.00/hr | |

TTJP.GlobalSett:        Page  10

| | Hrs/Rate | Amount |
|---|---|---|

| | | | |
|---|---|---|---|
| 2/3/09    IFG   Review<br>Review of consent decree and settlement<br>agreement between the U.S., Dorothy Pielet<br>and trustee (18 p) | 0.20<br>275.00/hr | 55.00 |
| IFG      Review<br>Continued review consent decree and<br>settlement agreement between the U.S.,<br>Dorothy Pielet and the trustee (18 p) | 0.10<br>275.00/hr | 27.50 |
| 3/19/09    IFG   Review<br>Review of consent agreement between U.S.,<br>Dorothy Pielet and trustee (17 p) for issues on<br>claims and treatment of creitors fairly | 2.10<br>275.00/hr | 577.50 |
| 5/27/09    IFG   Phone call<br>Telephone call with I. Bodenstein re: notice of<br>lodging and filing motion to approve<br>compromise | 0.20<br>275.00/hr | 55.00 |
| 6/11/09    IFG   Review<br>Review and comment on  G. Gouveia<br>settlement motion | 0.20<br>275.00/hr | 55.00 |
| IFG      Phone call<br>Telephone call with I. Bodenstein re: authority to<br>file compromise motion | 0.10<br>275.00/hr | 27.50 |
| 6/12/09    IFG   Review<br>Review G. Gouveia email of copies of filings | 0.10<br>275.00/hr | 27.50 |
| 7/1/09    IFG   Review<br>Review G. Gouveia's email re: outcome of<br>hearing | 0.10<br>275.00/hr | 27.50 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 84.00 | $23,100.00 |

Timekeeper summary

----------------------------------------------------------------------------------------------------------------------------

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Ilene F. Goldstein | 84.00 | 275.00 | $23,100.00 |

Ilene F. Goldstein as Trustee
C/O Ilene F. Goldstein Chartered
850 Central Avenue
Suite 200
Highland Park IL 60035


Invoice submitted to:
ttjp.miscellane:

January 15, 2010


Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/9/06    IFG   Review | | 1.20 | 330.00 |
| Review letter from EPA re: Pielet and JPI (29 p) | 275.00/hr | | |
| | | | |
| 2/22/06    IFG   Review | | 0.20 | 55.00 |
| Review of affidavit. | 275.00/hr | | |
| | | | |
| 2/27/06    IFG   Review | | 1.30 | 357.50 |
| Review U.S. Answer to Complaint in adversarial proceeding (30 p.)  Lookk for helpful inf on facts | 275.00/hr | | |
| | | | |
| IFG     Review | | 0.20 | 55.00 |
| Review of order extending time to object to debtor's claim of exempt property. | 275.00/hr | | |
| | | | |
| IFG     Review | | 1.50 | 412.50 |
| Review of schedules (46 p) Take notes for questions | 275.00/hr | | |

ttjp.miscellane:        Page   2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

2/28/06     IFG   Phone call                          1.50                    412.50
        Telephone call with IXB re: retention as        275.00/hr
        Trustee's counsel in James Pielet and J.P.
        investments chapter 7 cases.Discussion of
        numerous issues,

         IFG     Review                           1.30                    357.50
        Review U.S. Answer to Complaint in adversary     275.00/hr
        proceeding (31 p.)

         IFG     Review                           0.10                     27.50
        Review order extending time to object to          275.00/hr
        debor's claims of exemption.

         IFG     Review                           0.10                     27.50
        Review order extending time to object to          275.00/hr
        discharge by the trustee.

         IFG     Review                           0.10                     27.50
        Review order approviing employment of             275.00/hr
        attorneys.

         IFG     Review                           0.10                     27.50
        Review motion to extend time to file objection    275.00/hr
        to discharge.

         IFG     Review                           0.10                     27.50
        Review trustee's motion to extend time to         275.00/hr
        object to debor's claims of exemption (7p)

         IFG     Review                           0.10                     27.50
        Review trustee's motion to employ counsel )7     275.00/hr
        p).

         IFG     Review                           0.50                    137.50
        Spread of record to parties in case Order         275.00/hr
        Extending Time to Object to Discharge

|          |                                                                                     | Hrs/Rate           | Amount |
|----------|-------------------------------------------------------------------------------------|--------------------|--------|
| 2/28/06  | IFG  Review<br>file and docket in pleadings Order and motion<br>approving employment of attorneys | 0.10<br>275.00/hr  | 27.50  |
| 3/1/06   | IFG  Review<br>Review application of trustee to employ counsel.                     | 0.00<br>275.00/hr  | 00.00  |
|          | IFG     Review<br>Review email letter from I. Bodenstein re: JPI                    | 0.20<br>275.00/hr  | 55.00  |
|          | IFG     Preparation<br>Preparation of fax to I. Bodenstein re: Pielet<br>and JPI (6 p) | 0.30<br>275.00/hr  | 82.50  |
| 3/2/06   | IFG  Phone call<br>Review and suggested changes to retentin<br>motion. (.50)Telephone call with IXB re:<br>retention motions.(). | 0.90<br>275.00/hr  | 247.50 |
|          | IFG     Review<br>Review of trustee application to employ counsel.                  | 0.20<br>275.00/hr  | 55.00  |
|          | IFG     Review<br>Review verified statement of I. Bodenstein to<br>be employed as counsel. | 0.50<br>275.00/hr  | 137.50 |
|          | IFG     Review<br>Review of order authorizing trustee to obtain<br>counsel.         | 0.20<br>275.00/hr  | 55.00  |
|          | IFG     Review<br>Review of fax to I. Bodenstein re: Pielet and JPI<br>documents     | 0.10<br>275.00/hr  | 27.50  |
| 3/15/06  | IFG  Review<br>Review letter from I. Bodenstein re: Pielet<br>representation  (5 p)  | 0.80<br>275.00/hr  | 220.00 |

ttjp.miscellane:          Page   4

| Date | | | | Hrs/Rate | Amount |
|------|------|------|------|----------|--------|
| 3/23/06 | IFG | Review | | 30.00 | 8,250.00 |
| | | Review entire docket and all of the filed pleadings in the entire Pielet file from the Florida proceedings from the date of appointment of 02/07/06 through 03/23/06 | | 275.00/hr | |
| 3/27/06 | IFG | Review | | 1.00 | 275.00 |
| | | Review of James Pielet affidavit ( 2p) | | 275.00/hr | |
| 3/28/06 | IFG | Review | | 2.50 | 687.50 |
| | | Review of 2004 examination of James Pielet from Florida | | 275.00/hr | |
| | IFG | Review | | 1.60 | 440.00 |
| | | Review of James Pielet dep part 2. | | 275.00/hr | |
| 4/5/06 | IFG | Review | | 0.20 | 55.00 |
| | | Review of I. Bodenstein supplemental disclosure. | | 275.00/hr | |
| 5/3/06 | IFG | Review | | 0.50 | 137.50 |
| | | Preliminary consideration of and  Review of Florida case law tenancy by entirety | | 275.00/hr | |
| 6/2/06 | IFG | Review | | 0.50 | 137.50 |
| | | Review letter I. Bodenstein to Bregman, Addison Reserve County Club membership director re: James Pielet membership | | 275.00/hr | |
| 6/5/06 | IFG | Review | | 0.40 | 110.00 |
| | | Review of Trustee answer and affirmative defenses to complaint (8 p) | | 275.00/hr | |
| | IFG | Review | | 0.90 | 247.50 |
| | | Review of Trustee's answer and affirm. def. to complaint, counter-claim and cross-claim (15 p) | | 275.00/hr | |
| 6/9/06 | IFG | Review | | 0.80 | 220.00 |
| | | Review of answer to complaint Pielet (16 p) | | 275.00/hr | |

ttjp.miscellane:          Page   5

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/13/06    IFG   Review<br>Review of Trustee Complaint at Law (54 p). | | 1.20<br>275.00/hr | 330.00 |
| IFG      Review<br>Review Answer and Affirmative Defenses (10 p) to complaint.  Review pleadings in Fl for inconsistancies | | 2.10<br>275.00/hr | 577.50 |
| IFG      Review<br>Review of Trustee answer and affirmative defenses to complaint (20 p) | | 0.90<br>275.00/hr | 247.50 |
| IFG      Review<br>Review of deferral of adversarial filing fee. | | 0.10<br>275.00/hr | 27.50 |
| IFG      Review<br>Review of I. Bodenstein summons and adversary proceeding (54 p) | | 0.90<br>275.00/hr | 247.50 |
| IFG      File and Docket<br>File and docket complaint answers and affirmative defenses | | 0.30<br>275.00/hr | 82.50 |
| IFG      Review<br>Review Trustee's answers and affirmative defense (10 p) | | 0.30<br>275.00/hr | 82.50 |
| IFG      Preparation<br>Participation in Preparation of deferral of adversary filing fee. | | 0.20<br>275.00/hr | 55.00 |
| 6/20/06    IFG   File Review<br>download and file  email from Tristan Siegel to I. Bodenstein re: Pielet P&S | | 0.10<br>275.00/hr | 27.50 |
| 6/21/06    IFG   Review<br>Review of summons | | 0.20<br>275.00/hr | 55.00 |

ttjp.miscellane:        Page   6

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/21/06    IFG   Review | | 0.30 | 82.50 |
| Review trustee's first amended complaint (53 p). | | 275.00/hr | |
| IFG      Review | | 0.10 | 27.50 |
| Review summons in adversary proceeding. | | 275.00/hr | |
| 6/27/06    IFG   Review | | 0.20 | 55.00 |
| Review of agreed order. | | 275.00/hr | |
| IFG      Review | | 0.30 | 82.50 |
| Review of Trustee's motion for agreed order. | | 275.00/hr | |
| 7/10/06    IFG   Review | | 1.20 | 330.00 |
| Review of Trustee First Amended Complaint (53 p) | | 275.00/hr | |
| IFG      Review | | 0.50 | 137.50 |
| Review of trustee first amended complaint against Pielat (53 p) | | 275.00/hr | |
| IFG      Review | | 2.00 | 550.00 |
| Review of case law  tenancy research (11 p) Highly relevant for Florida properties | | 275.00/hr | |
| IFG      Review | | 0.50 | 137.50 |
| Review of Asset Purchase Agreement | | 275.00/hr | |
| 8/10/06    IFG   Review | | 0.10 | 27.50 |
| Review of global settlement term sheet (6 p) | | 275.00/hr | |
| 9/5/06    IFG   Review | | 0.50 | 137.50 |
| Review of memorandum opinion and order (15) | | 275.00/hr | |
| IFG      Review | | 0.10 | 27.50 |
| Review global settlement term sheet | | 275.00/hr | |
| 9/26/06    IFG   File and Docket | | 0.50 | 137.50 |
| file release | | 275.00/hr | |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/27/06 | IFG | Review | 0.50<br>275.00/hr | 137.50 |
| | | Review Global Settlement term sheet (9 p) | | |
| 9/30/06 | IFG | Review | 0.50<br>275.00/hr | 137.50 |
| | | Review of settlement agreement (9 p) | | |
| | IFG | Review | 0.10<br>275.00/hr | 27.50 |
| | | Review of global settlement term sheet (10 p) | | |
| 10/10/06 | IFG | Review | 0.40<br>275.00/hr | 110.00 |
| | | Review of fax to I. Bodenstein re: signature page | | |
| 11/13/06 | IFG | Review | 0.90<br>275.00/hr | 247.50 |
| | | Review of communication from I. Bodenstein re: executed BP Property contract;execute contract | | |
| 12/5/06 | IFG | Review | 0.50<br>275.00/hr | 137.50 |
| | | Review of trustee's motion to approve compromise of claims (9 p). | | |
| | IFG | Review | 0.60<br>275.00/hr | 165.00 |
| | | Continued review and revision of trustee's motion to approve compromise of claims | | |
| | IFG | Review | 0.10<br>275.00/hr | 27.50 |
| | | Continued review trustee's motion to approve compromise of claims | | |
| | IFG | Review | 0.20<br>275.00/hr | 55.00 |
| | | Continued review and revise trustee's motion to approve compromise of claims | | |
| | IFG | Review | 0.10<br>275.00/hr | 27.50 |
| | | Continued review global settlement term sheet (10 p) | | |

ttjp.miscellane:          Page   8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/5/06 | IFG | Review | 1.10 | 302.50 |
|  | Review agreement for purchase and sale of real estate (14 p) | | 275.00/hr | |
| 12/6/06 | IFG | Review | 1.20 | 330.00 |
|  | Review letter from EPA re: settlement Pielet and JPI (14 p) | | 275.00/hr | |
|  | IFG | File and Docket | 0.90 | 247.50 |
|  | File and docket agreement for purchase and sale; EPA letter re: Pielet and JPI potential settlement of U.S. government claims; global settlement term sheets; trustee's motion to approve compromise of claims; trustee's first amended complaint | | 275.00/hr | |
| 12/11/06 | IFG | Review | 0.50 | 137.50 |
|  | Review of account Pestine, Brinati, Gamer's tax preparation invoice (4p). | | 275.00/hr | |
|  | IFG | Review | 0.50 | 137.50 |
|  | Review  of PBG Financial Services tax prepartion JPI invoice (4 p) | | 275.00/hr | |
|  | IFG | Review | 0.10 | 27.50 |
|  | Review of consent decree and settlement agreement between U.S., Dorothy Pielet and trustee (17 p) | | 275.00/hr | |
|  | IFG | Review | 1.10 | 302.50 |
|  | Review DOJ discussion draft settlement confidential | | 275.00/hr | |
|  | IFG | Review | 0.90 | 247.50 |
|  | Review of settlement agreement with the U.S. on behalf of the EPA  (14 p) | | 275.00/hr | |
| 1/15/07 | IFG | Preparation of pleadings | 1.00 | 275.00 |
|  | Preparation of pleadings for yearly report to UST and for file. | | 275.00/hr | |

ttjp.miscellane:        Page   9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/17/07 | IFG | Review<br>Review closing statement between BP<br>Properties and Metal Management Midwest | 1.90<br>275.00/hr | 522.50 |
| 1/19/07 | IFG | Review<br>Review PBG invoices directly related to<br>settlement with government regarding BP<br>properties | 0.80<br>275.00/hr | 220.00 |
| 1/21/07 | IFG | Review<br>Review of complaint to avoid fraudulent<br>transfers (24 p) | 1.10<br>275.00/hr | 302.50 |
|  | IFG | Review<br>First Review of first interim application of Shaw<br>Gussis as counselor for trustee for allowance of<br>compensation and reimbursement of expenses<br>(13 p) | 0.90<br>275.00/hr | 247.50 |
| 1/23/07 | IFG | Review<br>Review proposed order allowing first interim<br>compensation. | 0.30<br>275.00/hr | 82.50 |
|  | IFG | Review<br>Review of first application of Shaw Gussis for<br>allowance of interim compensation. | 1.10<br>275.00/hr | 302.50 |
|  | IFG | Review<br>Review of exhibits of first interim compensation<br>request. | 1.20<br>275.00/hr | 330.00 |
|  | IFG | Review<br>Review of service list for notice to all creditors | 0.50<br>275.00/hr | 137.50 |
| 2/2/07 | IFG | Review<br>Review of notice of first interim fee application<br>of Shaw Gussis | 0.30<br>275.00/hr | 82.50 |

ttjp.miscellane:          Page  10

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/2/07    IFG   Assembly of Legal Documents<br>Assemble of information for first interim fee application Shaw Gussis and set up financial files | | 0.50<br>275.00/hr | 137.50 |
| IFG     Review<br>Review  file and organize | | 1.60<br>275.00/hr | 440.00 |
| 2/12/07     IFG   Review<br>Review of affidavit of Lois West (2 p) | | 0.10<br>275.00/hr | 27.50 |
| IFG     Review<br>Review of info to pull for accountant and financial data | | 2.80<br>275.00/hr | 770.00 |
| 2/14/07    IFG   File and Docket<br>Review of trustee's application for compensation and expenses | | 0.50<br>275.00/hr | 137.50 |
| 2/15/07     IFG   Prepare<br>Prepare trustee letter to I. Bodenstein re: interim fee petitions and Lois West affidavits | | 0.70<br>275.00/hr | 192.50 |
| 2/20/07     IFG   Review<br>Review of trustee's application for order authorizing retention of accountant (12 p). | | 0.20<br>275.00/hr | 55.00 |
| 2/22/07     IFG   Review<br>Review fax Walsh to I. Bodenstein re: firm's application for compensation (21 p).Review app on fees and benefit to the estate | | 2.10<br>275.00/hr | 577.50 |
| 5/14/07     IFG   Review<br>Review Affidavit of Ilene F. Goldstein | | 0.10<br>275.00/hr | 27.50 |
| 5/17/07     IFG   Review<br>Review of release of lien. | | 0.80<br>275.00/hr | 220.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

5/17/07     IFG   Review                        0.60                    165.00
Review and update of Trustee's financial files    275.00/hr
for numerous properties.

8/3/07     IFG   Review                        2.10                    577.50
Review of Pielet divorce file in Lake County       275.00/hr
and memo to Clerk of Circuit Court re:  Pielet
divorce file to be copied

10/29/07    IFG   Review                       0.20                     55.00
Review Geekie email re: Pielet divorce          275.00/hr

IFG     Review                       0.50                    137.50
Review Geekie email to I. Bodenstein re: sale    275.00/hr
of assets

6/18/08     IFG   Review                       1.10                    302.50
Review spreadsheet re: settlement distributions    275.00/hr

9/12/08     IFG   Review                       1.90                    522.50
Review rough estimate of potential              275.00/hr
distributions.Conference with attorney and
creditors

10/29/08    IFG   Review                       0.80                    220.00
Review Form 2 cash receipts and              275.00/hr
disbursement records (7 p)

11/10/08    IFG   Preparation                   1.00                    275.00
Preparation of Illinois Dept. of Revenue letter    275.00/hr
for prompt determination

1/12/09     IFG   Review                       1.10                    302.50
Review of rough estimate of potential            275.00/hr
distributions under proposed settlement.

IFG     Review                       0.50                    137.50
Review email from I. Bodenstein re: consent      275.00/hr
decree

ttjp.miscellane:          Page  12

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

3/18/09    IFG  Review                          0.90                247.50
    Review of email from I. Bodenstein re: Pielet        275.00/hr
    (several pages)

3/20/09    IFG  Review                          0.60                165.00
    Review email I. Bodenstein to Stone and       275.00/hr
    Geekie re: closing estate and disbursing funds

5/19/09    IFG  Phone call                       0.50                137.50
    Telephone call with Ira Bodenstein re: final     275.00/hr
    report issues

7/1/09    IFG  Review                           0.10                 27.50
    Review Ira Bodenstein email re: timing of final   275.00/hr
    report

7/8/09    IFG  Phone call                        0.50                137.50
    Telephone call with Ira Bodenstein re: last items  275.00/hr
    to address for final report

7/23/09    IFG  Phone call                       0.40                110.00
    Telephone call with Ira Bodenstein re: final     275.00/hr
    report housekeeping

12/31/09    IFG  Preparation              6.00             1,650.00
    Preparation of Trustee time entry est        275.00/hr

                                                          -------------
    ------------------
    For professional services rendered         110.10         $30,277.50

                    Timekeeper summary

------------------------------------------------------------------------------------------------------------
------------

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Ilene F. Goldstein | 110.10 | 275.00 | $30,277.50 |

Ilene F. Goldstein as Trustee
C/O Ilene F. Goldstein Chartered
850 Central Avenue
Suite 200
Highland Park IL 60035

Invoice submitted to:
TTJP.StateLitig:

January 15, 2010

Professional services

|  | Hrs/Rate | Amount |
|---|---|---|
| 3/9/06    IFG   Phone call | 0.90 | 247.50 |
| Review of pleadings in the Lake County suit. | 275.00/hr | |
| | | |
| IFG      Phone call | 0.10 | 27.50 |
| Telephone call with IXB re: status hearing in | 275.00/hr | |
| Lake County lawsuit. | | |

------------- 

--------------- 

| For professional services rendered | 1.00 | $275.00 |

Timekeeper summary

------------------------------------------------------------------------------------------------------------------------------

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Ilene F. Goldstein | 1.00 | 275.00 | $275.00 |