**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:    PIELET, JAMES                    §    Case No. 06-01026
                                           §
                                           §
Debtor(s)                                  §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at  on 03/ 10 / 2010 at 10:00 a.m.  before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, or any judge sitting in his stead, in  Courtroom 613 in the Dirksen Federal Building,  219 South Dearborn Street, Chicago, Illinois 60604.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>02/05/2010</u>        By:   <u>/s/ILENE F. GOLDSTEIN</u>

**UST Form 101-7-NFR (9/1/2009)**

Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: PIELET, JAMES § Case No. 06-01026
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 2,411,719.98 |
| *and approved disbursements of* | $ 1,744,366.49 |
| *leaving a balance on hand of* [1] | $ 667,353.49 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | ILENE F. GOLDSTEIN | $ 44,952.77 | $ |
| Attorney for trustee | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | $ 12,457.50 | $ 174.57 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | POPOWCER KATTEN, LTD. | $ 5,404.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ 500.00 | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Attorney for trustee | Shaw Gussis Fishman et al | $ 25,264.00 | $ 511.57 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* _____ | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                                          *Allowed Amt. of Claim*   *Proposed Payment*

                                       N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,529,852.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.8 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                                          *Allowed Amt. of Claim*   *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Levin Goodman Cohen | $ 5,593.75 | $ 713.84 |
| 3 | U S Enivromental Protection Agency | $ 2,510,411.66 | $ 320,358.61 |
| 6 | Dorothy Pielet | $ 2,011,466.84 | $ 256,687.27 |
| 7 | Richard Jalovec and Assoc | $ 2,380.00 | $ 303.72 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 4,022,933.67 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 6-2 | Dorothy Pielet | $ 4,022,933.67 | $ 0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/ILENE F. GOLDSTEIN
                          Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: lhatch                 Page 1 of 2                   Date Rcvd: Feb 08, 2010
Case: 06-01026                 Form ID: pdf006              Total Noticed: 49

The following entities were noticed by first class mail on Feb 10, 2010.
db           +James Pielet,    7596 Bella Verde Way,    Delray Beach, Fl 33446-4408
aty          +Elizabeth A Kalisz,    Jenner & Block,    One IBM Plaza,    Chicago, IL 60611-3586
aty          +Gordon E. Gouveia,    Shaw, Gussis, Fishman, Glantz, et al,    321 N. Clark Street,    Suite 800,
               Chicago, IL 60654-4766
aty          +Harry J Ross,    6100 Glades Road,    Suite 211,    Boca Raton, FL 33434-4371
aty          +Ira Bodenstein,    Shaw, Gussis, Fishman, Glantz, etal,    321 N. Clark Street,    Suite 800,
               Chicago, IL 60654-4766
aty          +Jeff J. Marwil,    Jenner & Block LLP,    One IBM Plaza,    Chicago, IL 60611-3586
aty          +Peter J Young,    Winston & Strawn LLP,    35 West Wacker Drive,    Chicago, IL 60601-1695
tr           +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
               Highland Park, IL 60035-3278
10587413     +Bank One,    Attn M Hayes,    513 Central Avenue,    Highland Park Il 60035-3264
10587420     +Cadleway Propeties Inc,    C/O Adam Barta,    100 North Center Street,
               Newton Falls, Oh 44444-1321
10587423     +Charles W Smith,    One North County Street,    Waukegan IL 60085-4303
10587433     +Chicago Title Trust,    C/O Scott A Puma Esq,    415 W Washington Street,    Suite 202,
               Waukegan IL 60085-5564
10587414     +Chuck Vaughn,    2060 Richton Drive,    Wheaton IL 60189-8158
10587424     +Dan Zazove Esq,    20 N Clark Street,    Suite 1000,    Chicago IL 60602-4195
10587434     +Dorothy Pielet,    Eugene J Geekie , Jr,    6600 Sears Tower,    Chicago IL 60606
10587443     +Dorothy Pielet,    C/O Donald R Kirk,    501 E Kennedy Blvd,    Tampa Fl 33602-5237
10587415      Dorothy Pielet,    C/O C Morehouse Esq,    Schiff Hardin Wolfe,    6600 Sears Tower,
               Chicago Il 60606
11703017     +Duane Morris LLP,    C/O Rosanne Ciambrone & Frederick R. Bal,    227 W Monroe , Suite 3400,
               Chicago , IL 60606-5098
10587425     +Dunkin Brands,    C/O Busch Ross Gardner,    P O B 3913,    Tampa Fl 33601-3913
10948162     +Dunkin' Brands, Inc,    Attn: Brian T. McElfatrick,Esq,    Bush Ross Gardner Warren & Rudy P.A.,
               Post Office Box 3913,    Tampa , FL 33601-3913
10587426     +Fifth Third Bank,    C/O Manual Farach,    777 S Flagler Dr #1601,    West Palm Beach Fl 33401-6102
10587430     +Fifth Third Bank,    C/O mauel Fraach,    777 S Flagler Dr,    #1601,
               West Palm Beach Fl 33401-6102
10587416     +Fifth Third Bank,    C/O Jeffrey S Burns Esq,    20 S Clark Street,    #2320,
               Chicago IL 60603-1802
10587436     +Figliulo Silverman,    Ten La Salle Street,    Suite 3600,    Chicago IL 60603-1032
10587417      Foran Schultz,    LaSalle Street,    Chicago IL 60603
10587411     +Fowler White Boggs Banker Pa,    C/O Donald R Kirk,    P O B 1438,    Tampa Fl 33601-1438
10587437     +Furr Cohen,    1499 Palmetto Park Road,    Boca Raton Fl 33486-3328
10587418     +Furr Cohen,    2255 Glades Road,    Suite 337W,    Boca Raton Fl 33431-7379
10587637     +Harry J Ross Esq,    6100 Glades Rd,    #211,    Boca Raton Fl 33434-4371
10587428     +Levin Goodman Cohen,    500 Skokie Blvd,    Suite 650,    Northbrook Il 60062-2814
10587438     +Melissa Pielet,    C/O Thomas M Messana,    200 E Broward Blvd,    #1500,
               Ft Lauderdale Fl 33301-1874
10587419     +North Shore Donuts LLC,    2175 Churchill Lane,    Highland Park IL 60035-1612
10587421     +Office of the US Trustee,    51 SW 1 Ave #1204,    Miami Fl 33130-1614
10587465     +Patricia A Dzikowski,    1601 Sawgrass Corp Pkwy #120,    Ft Lauderdale  Fl 33323-2827
10587429     +Patricia Dzikowski,    C/O  John L Walsh,    1601 Sawgrass Corp Pkwy,    #120,
               Ft Lauderdale Fl 33323-2827
10948114     +People of the State of Illinois,    C/O Bernard J. Murphy Jr.,    Assistant Bureau Chief,
               188 W Randolph Street, 20th Fl,    Chicago, IL 60601-2901
10587439     +Peoples of the State Of Illinois,    Bernard J Murphy Jr,    Asst Bureau Chief,    188 W Randolph St,
               20th Fl,    Chicago IL 60601-2901
10587440     +Richard Joanna Rossi,    21218 Saint Andarews Blvd,    #225,    Boca Raton Fl 33433-2449
10587638     +Richard Rossi,    C/O Scott Alan Orath Esq,    9999 NE 2 Ave #300,    Miami Shores Fl 33138-2346
10587463      Robert Pielet,    Eugene J Geekie Jr,    6600 Stears Tower,    Chicago IL 60606
10679751     +Rosanne Ciambrone,    Frederick R. Ball,    Duane Morris LLP,    227 W Monroe, Suite 3400,
               Chicago , IL 60606-5098
10587634     +Shepard Schwartz Harris,    150 North Wacker Drive,    Chicago IL 60606-1611
10587431     +State of Illinois,    C/O Bernard J Murphy Esq,    188 W Randolph St,    20th Fl,
               Chicago IL 60601-2901
10587464     +State of Illinois,    C/O Bernard J Murphy Esq,    C/O Enviromentlal Bureau,    188 W Randolph St,
               20th Floor,    Chicago IL 60601-2901
10587412      The Estate of Arthur Pielet,    Kavita Patel,    6600 Sears Tower,    CHicago Il 60606
10587422     +U S Enivromental Protection Agency,    C/O Randall M Stone Esq,    P O B 7611,
               Washington Dc 20044-7611
10587442     +US Enviromental Protection Agency,    C/O Randall M Stone Esq,
               Enviroment & Natural Resources Division,    P O B 7611,    Washinton Dc 20044-7611
10587636     +Wiliam G Sullivan Esq,    321 South Plymouth Court,    10th Floor,    Chicago Il 60604-3919
10587462     +obert Pielet,    C/O Donald R Kirk,    501 E Kennedy Blvd,    Tampa Fl 33602-5237

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10587435      Fifth Third Bank,   C/O Jeff Burns Esq,   346 W Carol Ln
10587432      West Palm Beach
aty*         +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
               Highland Park, IL 60035-3278
aty*         +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
               Highland Park, IL 60035-3278
10587427*    +Fowler White Boggs Banker Pa,    C/O Donald R Kirk,    P O B 1438,    Tampa Fl 33601-1438
10587444*    +James Pielet,    7596 Bella Verde Way,    Delray Beach Fl 33446-4408
10587461*    +Melissa Pielet,    C/O Thomas M Messana,    200 E Broward Blvd,    #1500,
               Ft Lauderdale Fl 33301-1874
```

```
District/off: 0752-1          User: lhatch              Page 2 of 2              Date Rcvd: Feb 08, 2010
Case: 06-01026                Form ID: pdf006           Total Noticed: 49

              ***** BYPASSED RECIPIENTS (continued) *****
10587441*      +State of Illinois,   C/O Bernard J Murphy Esq,   188 W Randolph Street,   20th Fl,
                 Chicago IL 60601-2901
10587635*       The Estate of Arthur Pielet,   Kavita Patel,   6600 Sears Tower,   Chicago IL 60606
                                                                                              TOTALS: 2, * 7

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 10, 2010**          **Signature:**  _/s/ Joseph Speetjens_