## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re<br>**JAMES PIELET,**<br>Debtor. | **Chapter 7**<br>**Case No. 06-01026**<br>**Honorable A. Benjamin Goldgar** |

### ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN, LLC AS COUNSEL TO THE CHAPTER 7 TRUSTEE

This matter having been presented upon the Third and Final Application (the "Final Application") of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC ("Shaw Gussis") as counsel for Ilene F. Goldstein, not individually, but as chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of James Pielet (the "Debtor"); due and proper notice of the Final Application having been given to all parties entitled thereto; the Court having jurisdiction over the subject matter of and the parties to the Final Application; the Court having heard from all interested parties, the Court having reviewed the Final Application, and the Court being fully advised in the premises, **IT IS HEREBY ORDERED** that:

1. Shaw Gussis is allowed compensation for actual and necessary legal services provided to the Trustee in the amount of $25,264.00 (the "Final Allowed Compensation") and final reimbursement of actual and necessary expenses advanced for the benefit of the Trustee in the amount of $511.57 (the "Final Allowed Expenses") (the Final Allowed Compensation and the Final Allowed Expenses shall collectively be referred to as the "Final Award"); and

{5545 ORD A0236255.DOC}

2. The First Interim Award and the Second Interim Award are allowed as final as actual and necessary professional services rendered and expenses incurred from February 28, 2006 through May 31, 2007.

Dated: **10 MAR 2010**

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

*Prepared by:*
Marylynne Schwartz (#6297576)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 980-3860