# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: PIELET, JAMES § Case No. 06-01026
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $972,984.72 |
| Total Distribution to Claimants: $2,021,294.86 | Claims Discharged Without Payment: $8,226,647.14 |
| Total Expenses of Administration: $368,851.14 | |

3) Total gross receipts of $ 2,411,748.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 21,602.00 (see **Exhibit 2**), yielded net receipts of $2,390,146.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,428,000.00 | $1,443,711.67 | $1,443,711.67 | $1,443,711.67 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 352,336.14 | 352,336.14 | 352,336.14 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 16,515.00 | 16,515.00 | 16,515.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 251,444.41 | 10,893,205.53 | 8,552,785.92 | 577,583.19 |
| **TOTAL DISBURSEMENTS** | $2,679,444.41 | $12,705,768.34 | $10,365,348.73 | $2,390,146.00 |

    4) This case was originally filed under Chapter 7 on February 07, 2006.
. The case was pending for 56 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/01/2010        By: /s/ILENE F. GOLDSTEIN
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Buyers charges | 1210-000 | 5,181.89 |
| Prorations and Security Deposit | 1210-000 | -13,987.10 |
| Return of retainer | 1290-000 | 30,000.00 |
| Survey fees | 1210-000 | -3,000.00 |
| Title charges | 1210-000 | -4,290.00 |
| Transfer Stamps | 1210-000 | -4,500.00 |
| escrow fees | 1210-000 | -666.00 |
| water bill City of Joliet | 1210-000 | -15.89 |
| Real Estate DelRay Beach | 1110-000 | 748,196.50 |
| Trustee avoiding powers:BP Properties | 1210-000 | 1,522,000.00 |
| Laurel Ridge Residence | 1141-000 | 100,000.00 |
| Interest Income | 1270-000 | 32,828.60 |
| **TOTAL GROSS RECEIPTS** | | **$2,411,748.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Melissa Pielet | Funds paid to third parties | 8500-002 | 21,602.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $21,602.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| North Shore Donuts LLC | 4210-000 | 1,214,000.00 | N/A | N/A | 0.00 |
| Bank One | 4210-000 | 1,214,000.00 | N/A | N/A | 0.00 |
| Chicago Title and Trust Co. | 4110-000 | N/A | 743,711.67 | 743,711.67 | 743,711.67 |
| U.S. Attorney/Department of Justice | 4110-000 | N/A | 700,000.00 | 700,000.00 | 700,000.00 |
| **TOTAL SECURED CLAIMS** | | $2,428,000.00 | $1,443,711.67 | $1,443,711.67 | $1,443,711.67 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 94,952.77 | 94,952.77 | 94,952.77 |
| Clerk of the United States Bankruptcy Court | 2700-000 | N/A | 500.00 | 500.00 | 500.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 22,885.50 | 22,885.50 | 22,885.50 |
| Shaw Gussis Fishman et al | 3210-000 | N/A | 181,544.00 | 181,544.00 | 181,544.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3220-000 | N/A | 544.57 | 544.57 | 544.57 |
| Shaw Gussis Fishman et al | 3220-000 | N/A | 2,992.67 | 2,992.67 | 2,992.67 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 5,404.00 | 5,404.00 | 5,404.00 |
| Shaw Gussis | 3210-000 | N/A | 23,614.22 | 23,614.22 | 23,614.22 |
| Shaw Gussis et al | 3210-000 | N/A | 6,385.78 | 6,385.78 | 6,385.78 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 579.10 | 579.10 | 579.10 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 1,134.03 | 1,134.03 | 1,134.03 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 1,168.44 | 1,168.44 | 1,168.44 |
| Chicago Title and Trust Co. | 3991-000 | N/A | 10,097.15 | 10,097.15 | 10,097.15 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 533.91 | 533.91 | 533.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 352,336.14 | 352,336.14 | 352,336.14 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chicago Title and Trust Co. | 6710-000 | N/A | 16,515.00 | 16,515.00 | 16,515.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 16,515.00 | 16,515.00 | 16,515.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| People of the State of Illinois | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| Levin Goodman Cohen | 7100-000 | N/A | 5,593.75 | 5,593.75 | 713.24 |
| U S Enivromental Protection Agency | 7100-000 | N/A | 2,510,411.66 | 2,510,411.66 | 320,092.47 |
| Dunkin' Brands, Inc | 7100-000 | N/A | 5,173.70 | 0.00 | 0.00 |
| Robert Pielet | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| Dorothy Pielet | 7100-000 | N/A | 2,011,466.84 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Dorothy Pielet | 7400-000 | N/A | 4,022,933.67 | 4,022,933.67 | 0.00 |
| Dorothy Pielet c/o Schiffhardin LLP | 7100-000 | N/A | 2,011,466.84 | 2,011,466.84 | 256,474.02 |
| Fifth Third Bank | 7100-000 | N/A | 323,779.07 | 0.00 | 0.00 |
| Richard Jalovec and Assoc | 7100-000 | unknown | 2,380.00 | 2,380.00 | 303.46 |
| Dan Zazove | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| Chuck Vaughn | 7100-000 | 5,500.00 | N/A | N/A | 0.00 |
| Figliulo & Silverman | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| Shepard Schwartz & Harris | 7100-000 | 48,000.00 | N/A | N/A | 0.00 |
| Foran & Schultz | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| Furr & Cohen | 7100-000 | 669.24 | N/A | N/A | 0.00 |
| Chicago Title & Trust | 7100-000 | 150,000.00 | N/A | N/A | 0.00 |
| Charles W. Smith & Assoc. | 7100-000 | 2,275.17 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 251,444.41 | 10,893,205.53 | 8,552,785.92 | 577,583.19 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-01026  
**Case Name:** PIELET, JAMES  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 02/07/06 (f)  
**§341(a) Meeting Date:** 04/06/06  

**Period Ending:** 10/01/10  
**Claims Bar Date:** 01/06/05  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 2 | Real Estate DelRay Beach | 770,000.00 | 0.00 | | 748,196.50 | FA |
| 3 | CASH ON HAND | 25.00 | 0.00 | | 0.00 | FA |
| 4 | BANK ACCOUNTS | 5,194.72 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 1,100.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 7 | FIREARMS AND HOBBY EQUIPMENT | 250.00 | 0.00 | | 0.00 | FA |
| 8 | INTERESTS IN INSURANCE POLICIES | 9,000.00 | 0.00 | | 0.00 | FA |
| 9 | PENSION PLANS AND PROFIT SHARING | 45,000.00 | 0.00 | | 0.00 | FA |
| 10 | STOCK AND BUSINESS INTERESTS | 0.00 | Unknown | | 0.00 | FA |
| 12 | Four Law Suits Pielet Defendent | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Licenses and Franchises DK Donuts (See Footnote) | 0.00 | Unknown | | 0.00 | FA |
| 14 | AUTOMOBILES AND OTHER VEHICLES | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 15 | Trustee avoiding powers:BP Properties (u) | 1,500,000.00 | 700,000.00 | | 1,522,000.00 | FA |
| 16 | Laurel Ridge Residence | 922,315.00 | 30,000.00 | | 100,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 32,828.60 | Unknown |
| 15 | Assets Totals (Excluding unknown values) | $3,257,984.72 | $735,000.00 | | $2,403,025.10 | $0.00 |

RE PROP# 13 STATUS: The Trustee negotiated a settlement which was approved by the Court on December 20, 2006 which resolves all of the assets and claims in the Estate. The Trustee is currently collecting on the Settlement and participating as required under the settlement. The Settlement may take 12 to 24 months to consumate in its entirety.

**Major Activities Affecting Case Closing:**

STATUS: The Trustee negotiated a settlement which was approved by the Court on December 20, 2006 which resolves all of the assets and claims in the Estate. The Trustee is currently collecting on the Settlement and participating as required under the settlement. The Settlement may take 12 to 24 months to consumate in its entirety.

STATUS: THE TRUSTEE HAS SUBMITTED HER FINAL REPORT TO THE UST FOR REVIEW ON JANUARY 21, 2010.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-01026  
**Case Name:** PIELET, JAMES  

**Period Ending:** 10/01/10

**Trustee:**  (330290)  ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 02/07/06 (f)  
**§341(a) Meeting Date:** 04/06/06  
**Claims Bar Date:** 01/06/05

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2008      **Current Projected Date Of Final Report (TFR):**   March 31, 2010

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 06-01026  
**Case Name:** PIELET, JAMES  
**Taxpayer ID #:** **-***3792  
**Period Ending:** 10/01/10  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****59-19 - Time Deposit Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/06 | | FUNDING ACCOUNT: ********5965 | | 9999-000 | 697,335.38 | | 697,335.38 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3500% | 1270-000 | 335.37 | | 697,670.75 |
| 05/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 438.79 | | 698,109.54 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 336.71 | | 698,446.25 |
| 06/19/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 430.68 | | 698,876.93 |
| 07/19/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 820.07 | | 699,697.00 |
| 07/20/06 | | transfer | | 9999-000 | | 45,216.22 | 654,480.78 |
| 08/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 769.21 | | 655,249.99 |
| 09/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 779.12 | | 656,029.11 |
| 10/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 755.30 | | 656,784.41 |
| 11/17/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 756.17 | | 657,540.58 |
| 12/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 757.05 | | 658,297.63 |
| 01/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 768.38 | | 659,066.01 |
| 02/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 716.87 | | 659,782.88 |
| 03/19/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 717.64 | | 660,500.52 |
| 04/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 730.74 | | 661,231.26 |
| 05/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 731.55 | | 661,962.81 |
| 06/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 732.36 | | 662,695.17 |
| 06/22/07 | | Chase | Transfer to TDA | 9999-000 | 686,000.00 | | 1,348,695.17 |
| 07/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 1,307.70 | | 1,350,002.87 |
| 08/14/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 1,518.75 | | 1,351,521.62 |
| 08/17/07 | | JPMORGAN | TRANSFER | 9999-000 | 50,000.00 | | 1,401,521.62 |
| 08/24/07 | | JPMORGAN | TRANSFER | 9999-000 | | -50,000.00 | 1,451,521.62 |
| 08/24/07 | | JPMORGAN CHASE BANK | reversing out Deposit Adjustment and Disbursment Reversal done in error | 9999-000 | -100,000.00 | | 1,351,521.62 |
| 08/24/07 | | JPMORGAN CHASE BANK, N.A. | TRANSFER TO MMA | 9999-000 | | 50,000.00 | 1,301,521.62 |
| 09/13/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 1,472.35 | | 1,302,993.97 |
| 10/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 1,490.16 | | 1,304,484.13 |
| 11/13/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 1,456.09 | | 1,305,940.22 |
| 12/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 1,457.71 | | 1,307,397.93 |
| 01/11/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1800% | 1270-000 | 1,288.31 | | 1,308,686.24 |
| 02/11/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1800% | 1270-000 | 1,329.06 | | 1,310,015.30 |
| 03/11/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1800% | 1270-000 | 1,224.79 | | 1,311,240.09 |
| 04/10/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0000% | 1270-000 | 1,051.19 | | 1,312,291.28 |
| 05/12/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 809.19 | | 1,313,100.47 |
| 06/09/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 650.59 | | 1,313,751.06 |
| 07/09/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 650.91 | | 1,314,401.97 |

Subtotals : $1,359,618.19 $45,216.22

{} Asset reference(s)            Printed: 10/01/2010 12:49 PM    V.12.52

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-01026  
**Case Name:** PIELET, JAMES  

**Taxpayer ID #:** **-***3792  
**Period Ending:** 10/01/10  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****59-19 - Time Deposit Account  
**Blanket Bond:** $3,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 626.74 | | 1,315,028.71 |
| 09/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 647.94 | | 1,315,676.65 |
| 10/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 627.35 | | 1,316,304.00 |
| 11/07/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 627.64 | | 1,316,931.64 |
| 12/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3800% | 1270-000 | 425.09 | | 1,317,356.73 |
| 01/07/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3800% | 1270-000 | 411.51 | | 1,317,768.24 |
| 02/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 216.64 | | 1,317,984.88 |
| 03/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 223.89 | | 1,318,208.77 |
| 04/08/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 216.71 | | 1,318,425.48 |
| 05/08/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 216.75 | | 1,318,642.23 |
| 06/08/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 224.00 | | 1,318,866.23 |
| 06/09/09 | | To Account #********5965 | Close CD via CD Rollover | 9999-000 | | 1,318,866.23 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,364,082.45 | 1,364,082.45 | $0.00 |
| | | | Less: Bank Transfers | | 1,333,335.38 | 1,364,082.45 | |
| | | | **Subtotal** | | 30,747.07 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,747.07** | **$0.00** | |

{} Asset reference(s)

Printed: 10/01/2010 12:49 PM   V.12.52

Exhibit 9

# FORM 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 06-01026　　　　　　　　　　　**Trustee:** ILENE F. GOLDSTEIN (330290)
**Case Name:** PIELET, JAMES　　　　　　　　　　**Bank Name:** JPMORGAN CHASE BANK, N.A.
　　　　　　　　　　　　　　　　　　　　　　　　　　**Account:** ***-*****59-65 - Money Market Account
**Taxpayer ID #:** **-***3792　　　　　　　　　　　**Blanket Bond:** $3,000,000.00  (per case limit)
**Period Ending:** 10/01/10　　　　　　　　　　　　**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/07/06 | {2} | Harry Ross | Sale of Real Estate | 1110-000 | 697,335.38 | | 697,335.38 |
| 04/18/06 | | ACCOUNT FUNDED: ********5919 | | 9999-000 | | 697,335.38 | 0.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 91.71 | | 91.71 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.06 | | 91.77 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.06 | | 91.83 |
| 07/20/06 | | transfer | | 9999-000 | 45,216.22 | | 45,308.05 |
| 07/25/06 | 1001 | Melissa Pielet | Funds paid to third parties | 8500-002 | | 21,602.00 | 23,706.05 |
| 07/25/06 | 1002 | Shaw Gussis | Partial Retainer peviously approved by the Court | 3210-000 | | 23,614.22 | 91.83 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 11.96 | | 103.79 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.07 | | 103.86 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.06 | | 103.92 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.07 | | 103.99 |
| 11/29/06 | {15} | Melissa Pielet | Good Faith Deposit on Settlement | 1210-000 | 22,000.00 | | 22,103.99 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.06 | | 22,104.05 |
| 12/15/06 | 1003 | Shaw Gussis et al | Retainer Court Approved | 3210-000 | | 6,385.78 | 15,718.27 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.92 | | 15,731.19 |
| 01/23/07 | | Chicago Title and Trust Co. | Sale of asset | | 708,399.08 | | 724,130.27 |
| | {15} | | Gross sale　　　　　　1,500,000.00 | 1241-000 | | | 724,130.27 |
| | | | Prorations and Security　-13,987.10<br>Deposit | 1210-000 | | | 724,130.27 |
| | | | Title charges　　　　　　-4,290.00 | 1210-000 | | | 724,130.27 |
| | | | Mortgage to LaSalle　-743,711.67<br>Bank | 4110-000 | | | 724,130.27 |
| | | | escrow fees　　　　　　　-666.00 | 1210-000 | | | 724,130.27 |
| | | | Transfer Stamps　　　　-4,500.00 | 1210-000 | | | 724,130.27 |
| | | | water bill City of Joliet　　-15.89 | 1210-000 | | | 724,130.27 |
| | | | Survey fees　　　　　　-3,000.00 | 1210-000 | | | 724,130.27 |
| | | | Real estate closing legal　-10,097.15<br>fees | 3991-000 | | | 724,130.27 |
| | | | Agreed accountant fees　-16,515.00<br>of Debtor | 6710-000 | | | 724,130.27 |
| | | | Buyers charges　　　　5,181.89 | 1210-000 | | | 724,130.27 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 104.58 | | 724,234.85 |
| 02/14/07 | | To Account #********5966 | TRANSFER TDA TO CHECKING | 9999-000 | | 140,000.00 | 584,234.85 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 323.57 | | 584,558.42 |
| 03/05/07 | 1004 | ILENE F. GOLDSTEIN | Interim Trustee Compensation | 2100-000 | | 50,000.00 | 534,558.42 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotals :　　　　$1,473,495.80　　$938,937.38

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　Printed: 10/01/2010 12:49 PM　　V.12.52

Exhibit 9

# FORM 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 06-01026  
**Case Name:** PIELET, JAMES  

**Taxpayer ID #:** **-***3792  
**Period Ending:** 10/01/10  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****59-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 290.79 | | 534,849.21 |
| 04/12/07 | {2} | Atlantic Bank Harry Ross | FUNDS RECEIVED FROM SALE OF ASSETS | 1110-000 | 50,763.83 | | 585,613.04 |
| 04/12/07 | {2} | Bank Atlantic/Harry Ross | FUNDS RECEIVED FROM SALE OF ASSETS | 1110-000 | 97.29 | | 585,710.33 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 308.70 | | 586,019.03 |
| 05/29/07 | {16} | Princetown Title and Escrow | Sale by wife of Laurel Ridge | 1141-000 | 100,000.00 | | 686,019.03 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 326.92 | | 686,345.95 |
| 06/22/07 | | Chase | TRANSFER TO INVESTMENT | 9999-000 | | 686,000.00 | 345.95 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 256.60 | | 602.55 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.34 | | 602.89 |
| 08/17/07 | | JPMORGAN | TRANSFER | 9999-000 | 50,000.00 | | 50,602.89 |
| 08/17/07 | | To Account #********5966 | Transfer non DKD money out of account | 9999-000 | | 602.89 | 50,000.00 |
| 08/17/07 | 1005 | Shaw Gussis Fishman Glantz Wolfson & Towbin, L.L.C. | Fees | 3210-000 | | 34,248.00 | 15,752.00 |
| 08/17/07 | 1006 | Shaw Gussis Fishman Glantz Wolfson & Towbin, L.L.C. | Expenses | 3220-000 | | 229.69 | 15,522.31 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.45 | | 15,532.76 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.74 | | 15,540.50 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.12 | | 15,549.62 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 8.09 | | 15,557.71 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 7.92 | | 15,565.63 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 7.11 | | 15,572.74 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 3.19 | | 15,575.93 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.89 | | 15,578.82 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.17 | | 15,580.99 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.95 | | 15,582.94 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.98 | | 15,584.92 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.98 | | 15,586.90 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.85 | | 15,588.75 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.04 | | 15,590.79 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.70 | | 15,592.49 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.22 | | 15,593.71 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.10 | | 15,594.81 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 15,595.44 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 15,596.03 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 15,596.70 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 15,597.33 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 15,597.94 |

Subtotals :   $202,120.10   $721,080.58

{} Asset reference(s)

Printed: 10/01/2010 12:49 PM   V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 06-01026 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | PIELET, JAMES | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****59-65 - Money Market Account |
| Taxpayer ID #: | **-***3792 | | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 10/01/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/09/09 | | From Account #********5919 | Close CD via CD Rollover | 9999-000 | 1,318,866.23 | | 1,334,464.17 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 38.34 | | 1,334,502.51 |
| 07/29/09 | | U.S. Attorney/Department of Justice | wire transfer | 4110-000 | | 700,000.00 | 634,502.51 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 53.40 | | 634,555.91 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 26.75 | | 634,582.66 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 25.89 | | 634,608.55 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 25.89 | | 634,634.44 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 26.75 | | 634,661.19 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 26.75 | | 634,687.94 |
| 01/14/10 | | Shaw Gussis et al | Return of retainer | 1290-000 | 30,000.00 | | 664,687.94 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 25.64 | | 664,713.58 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 25.31 | | 664,738.89 |
| 03/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 2.71 | | 664,741.60 |
| 03/02/10 | | To Account #********5966 | TRANSFER TO CHECKING | 9999-000 | | 664,741.60 | 0.00 |
| | | | ACCOUNT TOTALS | | 3,024,759.56 | 3,024,759.56 | $0.00 |
| | | | Less: Bank Transfers | | 1,414,082.45 | 2,188,679.87 | |
| | | | **Subtotal** | | 1,610,677.11 | 836,079.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,610,677.11** | **$836,079.69** | |

{} Asset reference(s)                                    Printed: 10/01/2010 12:49 PM   V.12.52

Exhibit 9

# FORM 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 06-01026  
**Case Name:** PIELET, JAMES  
**Taxpayer ID #:** **-***3792  
**Period Ending:** 10/01/10

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****59-66 - Checking Account  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/14/07 | | From Account #********5965 | TRANSFER TDA TO CHECKING | 9999-000 | 140,000.00 | | 140,000.00 |
| 02/15/07 | 101 | Shaw Gussis Fishman et al | FEES | 3210-000 | | 122,032.00 | 17,968.00 |
| 02/15/07 | 102 | Shaw Gussis Fishman et al | Expenses | 3220-000 | | 2,251.41 | 15,716.59 |
| 02/15/07 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 10,428.00 | 5,288.59 |
| 02/15/07 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES | 3220-000 | | 370.00 | 4,918.59 |
| 03/20/07 | 105 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #06-01026 | 2300-000 | | 579.10 | 4,339.49 |
| 08/17/07 | | From Account #********5965 | Transfer non DKD money out of account | 9999-000 | 602.89 | | 4,942.38 |
| 02/12/08 | 106 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #06-01026, Bond payment | 2300-000 | | 1,134.03 | 3,808.35 |
| 03/04/09 | 107 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #06-01026 | 2300-000 | | 1,168.44 | 2,639.91 |
| 02/19/10 | 108 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/19/2010 FOR CASE #06-01026 | 2300-000 | | 533.91 | 2,106.00 |
| 03/02/10 | | From Account #********5965 | TRANSFER TO CHECKING | 9999-000 | 664,741.60 | | 666,847.60 |
| 03/10/10 | 109 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $94,952.77, Trustee Compensation; Reference: | 2100-000 | | 44,952.77 | 621,894.83 |
| 03/10/10 | 110 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $22,885.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 12,457.50 | 609,437.33 |
| 03/10/10 | 111 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $544.57, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 174.57 | 609,262.76 |
| 03/10/10 | 112 | Shaw Gussis Fishman et al | Dividend paid 100.00% on $181,544.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 25,264.00 | 583,998.76 |
| 03/10/10 | 113 | Shaw Gussis Fishman et al | Dividend paid 100.00% on $2,992.67, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 511.57 | 583,487.19 |
| 03/10/10 | 114 | POPOWCER  KATTEN, LTD. | Dividend paid 100.00% on $5,404.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 5,404.00 | 578,083.19 |
| 03/10/10 | 115 | Clerk of the United States Bankruptcy Court | Dividend paid 100.00% on $500.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 500.00 | 577,583.19 |

Subtotals :    $805,344.49    $227,761.30

{} Asset reference(s)

Printed: 10/01/2010 12:49 PM    V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| **Case Number:** | 06-01026 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| **Case Name:** | PIELET, JAMES | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****59-66 - Checking Account |
| **Taxpayer ID #:** | **-***3792 | | **Blanket Bond:** | $3,000,000.00   (per case limit) |
| **Period Ending:** | 10/01/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/10/10 | 116 | Levin Goodman Cohen | Dividend paid   8.82% on $5,593.75; Claim# 2; Filed: $5,593.75; Reference: | 7100-000 | | 493.92 | 577,089.27 |
| 03/10/10 | 117 | U S Enivromental Protection Agency | Dividend paid   8.82% on $2,510,411.66; Claim# 3; Filed: $2,510,411.66; Reference: Stopped on 03/16/10 | 7100-000 | | 221,663.48 | 355,425.79 |
| 03/10/10 | 118 | Dorothy Pielet | Dividend paid   8.82% on $2,011,466.84; Claim# 6; Filed: $2,011,466.84; Reference: Stopped on 03/16/10 | 7100-000 | | 177,607.82 | 177,817.97 |
| 03/10/10 | 119 | Schiffhardin LLP | Dividend paid   8.82% on $2,011,466.84; Claim# 6A; Filed: $2,011,466.84; Reference: | 7100-000 | | 177,607.82 | 210.15 |
| 03/10/10 | 120 | Richard Jalovec and Assoc | Dividend paid   8.82% on $2,380.00; Claim# 7; Filed: $2,380.00; Reference: | 7100-000 | | 210.15 | 0.00 |
| 03/16/10 | 117 | U S Enivromental Protection Agency | Dividend paid   8.82% on $2,510,411.66; Claim# 3; Filed: $2,510,411.66; Reference: Stopped: check issued on 03/10/10 | 7100-000 | | -221,663.48 | 221,663.48 |
| 03/16/10 | 118 | Dorothy Pielet | Dividend paid   8.82% on $2,011,466.84; Claim# 6; Filed: $2,011,466.84; Reference: Stopped: check issued on 03/10/10 | 7100-000 | | -177,607.82 | 399,271.30 |
| 03/16/10 | 121 | Levin Goodman Cohen | | 7100-000 | | 219.32 | 399,051.98 |
| 03/16/10 | 122 | Richard Jalovec and Assoc | Supplemental Final Distribution | 7100-000 | | 93.31 | 398,958.67 |
| 03/16/10 | 123 | Dorothy Pielet c/o Schiffhardin LLP | Supplemental Final Distribution | 7100-000 | | 78,866.20 | 320,092.47 |
| 03/18/10 | | U S Enivromental Protection Agency | Distribution by wire | 7100-000 | | 320,092.47 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 805,344.49 | 805,344.49 | $0.00 |
| | | | Less: Bank Transfers | | 805,344.49 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 805,344.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$805,344.49** | |

{} Asset reference(s)   Printed: 10/01/2010 12:49 PM   V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 06-01026  
**Case Name:** PIELET, JAMES  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****59-67 - Money Market Account  DKD  

**Taxpayer ID #:** **-***3792  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Period Ending:** 10/01/10  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 10/01/2010 12:49 PM    V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 9

| **Case Number:** | 06-01026 | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Case Name:** | PIELET, JAMES | **Bank Name:** | The Bank of New York Mellon |
| | | **Account:** | 9200-******59-66 - Checking Account |
| **Taxpayer ID #:** | **-***3792 | **Blanket Bond:** | $3,000,000.00 (per case limit) |
| **Period Ending:** | 10/01/10 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

```
       Net Receipts :    1,641,424.18
  Plus Gross Adjustments :   770,323.82
Less Other Noncompensable Items :  21,602.00

         Net Estate :    $2,390,146.00
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TIA # ***-*****59-19** | 30,747.07 | 0.00 | 0.00 |
| **MMA # ***-*****59-65** | 1,610,677.11 | 836,079.69 | 0.00 |
| **Checking # ***-*****59-66** | 0.00 | 805,344.49 | 0.00 |
| **MMA # ***-*****59-67** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******59-66** | 0.00 | 0.00 | 0.00 |
| | **$1,641,424.18** | **$1,641,424.18** | **$0.00** |